Fill in this information to identify the case:
Debtor name: Weaber, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFP Logs and Lumber, Inc. P.O. Box 2228 Buckhannon, WV 26201 | nboyles@afpcorp.com (304) 472-2996 | | | | | $310,139.00 |
| AHC Clarksville, LLC P.O. Box 102455 Atlanta, GA 30368-2455 | (931) 472-0389 | | | | | $173,988.00 |
| Alexandria NE, LLC P.O. Box 169 Atlanta, GA 30368-2455 | annbrown@sbp.com (570) 408-9500 | | | | | $382,684.00 |
| Atlanta Hardwood Corporation 5596 Riverview Road Mableton, GA 30126 | sreimer@hardwoodweb.com (706) 865-3166 | | | | | $123,427.00 |
| Baillie Lumber Company P.O. Box 6 Hamburg, NY 14075 | ar@baillie.com (716) 649-2850 | | | | | $134,731.00 |
| Bisson Transportation, Inc. 56 Bibber Parkway Suite 1 Brunswick, ME 04011 | ap@movebisson.com (207) 514-1060 | | | | | $144,150.00 |
| First Insurance Funding Corp. 450 Skokie Boulevard Suite 1000 Northbrook, IL 60062 | csr@firstinsurancefunding.com (800) 837-3709 | | | | | $236,882.00 |
| Hickory Run Logging, LLC 650 Stricklerstown Road Newmanstown, PA 17073 | elwayneandliz@gmail.com (717) 752-0109 | | | | | $161,564.00 |

| Debtor | Weaber, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Keystone Collections Group P.O. Box 449 Irwin, PA 15642-0449 | (717) 272-3770 | | | | | $298,885.00 |
| Laird Logs 3505 Dublin Road Darlington, MD 21034 | lairdpal@aol.com (410) 457-4829 | | | | | $388,288.00 |
| MET-ED P.O. Box 3687 Akron, OH 44309-3687 | (717) 270-4443 | | | | | $652,547.00 |
| Meyer Oil Co. P.O. Box 2004 Lebanon, PA 17042 | karnold@meyeroil.com (717) 273-8544 | | | | | $95,136.00 |
| Morgan Lewis & Bockius, LLP P.O. Box 8500 S-6050 Philadelphia, PA 19178-6050 | cashapplication@morganlewis.com (212) 309-6000 | | | | | $166,900.00 |
| NWH-Industrial Timber & Lumber P.O. Box 74008129 Chicago, IL 60674-8129 | nicole.hawkin@nwh.com (800) 829-9663 | | | | | $97,151.00 |
| Petro Choice LLC P.O. Box 737894 Dallas, TX 75373-7894 | accountsreceivable@petrochoice.com (800) 451-5823 | | | | | $105,040.00 |
| Readaptive Services P.O. Box 102547 Pasadena, CA 91189-2547 | ar@redaptive.com (713) 679-0109 | | | | | $173,861.00 |
| Tanner Lumber Company P.O. Box 1637 Elkins, WV 26241 | justin@tannerlumber.com (304) 636-1088 | | | | | $97,116.00 |
| Thunder Staffing, Inc. 5014 E. State Boulevard Fort Wayne, IN 46815 | accounts.receivable@thunderstaffing.us (260) 263-5793 | | | | | $453,212.00 |
| White Oak Sawmill, LLC 964 Eisenberger Road Strasburg, PA 17579 | FAX 717-687-9465 (717) 687-0888 | | | | | $104,799.00 |
| York Saw & Knife Company 295 Emig Road York, PA 17406 | apeeling@yorksaw.com (800) 233-1969 | | | | | $95,258.00 |

Case 1:25-bk-02167-HWV    Doc 6    Filed 08/01/25    Entered 08/01/25 12:12:28    Desc
Main Document    Page 2 of 2