# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| WEABER, INC. | : |
| Debtor. | : BANKRUPTCY NO. 25- 02167 (HWV) |

## CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, certify that on August 4, 2025, I did cause a true and correct copy of *Application to Employ Ciardi Ciardi & Astin as Counsel to Debtor* to be served on the parties listed on the Mailing List, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated to parties listed via United States first class mail:

1. *Application to Employ Ciardi Ciardi & Astin as Counsel to Debtor*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

By: */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III

Keystone Collections Group
P.O. Box 449
Irwin, PA 15642-0449

Laird Logs
3505 Dublin Road
Darlington, MD 21034

MET-ED
P.O. Box 3687
Akron, OH 44309-3687

Morgan Lewis & Bockius, LLP
P.O. Box 8500
S-6050
Philadelphia, PA 19178-6050

NWH-Industrial Timber & Lumber
P.O. Box 74008129
Chicago, IL 60674-8129

Petro Choice LLC
P.O. Box 737894
Dallas, TX 75373-7894

Readaptive Services
P.O. Box 102547
Pasadena, CA 91189-2547

Tanner Lumber Company
P.O. Box 1637
Elkins, WV 26241

Thunder Staffing, Inc.
5014 E. State Boulevard
Fort Wayne, IN 46815

White Oak Sawmill, LLC
964 Eisenberger Road
Strasburg, PA 17579

York Saw & Knife Company
295 Emig Road
York, PA 17406