IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

WEABER, INC.,

    Debtor

Case No. 25-02167 (HWV)

Chapter 11

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Pursuant to Rule 9010 of the Bankruptcy Rules, Michael J. Roeschenthaler, Esq. and the law firm of Raines Feldman Littrell LLP hereby provide their Notice of Appearance on behalf of Cyprium Investors IV AIV I L.P. ("Cyprium Investors"), in the above-referenced bankruptcy proceeding. The undersigned further requests that they be added to the mailing matrix of this case effective immediately and that all notices, pleadings, or other documents relative to the Cyprium Investors' interests be served as follows:

>Michael J. Roeschenthaler, Esquire
>Raines Feldman Littrell LLP
>11 Stanwix Street, Suite 1100
>Pittsburgh, PA 15222
>(412) 899-6472
>Email: mroeschenthaler@raineslaw.com

Dated: August 5, 2025

                                              */s/Michael J. Roeschenthaler*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

WEABER, INC.,

      Debtor

Case No. 25-02167 (HWV)

Chapter 11

## CERTIFICATE OF SERVICE

I, Michael J. Roeschenthaler, hereby certify that on the 5th day of August, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in interest in this case that are listed on the Court's electronic case filing system.

                                                      */s/Michael J. Roeschenthaler*