## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re:<br><br>WEABER, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 25-02167 (HWV) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 2090-1(b), Su Jin Kim, Esq. (the "Movant"), a member in good standing of the Bar of the Commonwealth of Pennsylvania, an attorney admitted to practice before the United States District Court for the Middle District of Pennsylvania, and an attorney at the law firm of Morgan, Lewis & Bockius LLP, hereby moves this Honorable Court for entry of an order permitting Stephan E. Hornung, Esq. to practice *pro hac vice* before this Court and to represent JPMorgan Chase Bank, N.A. in the above-captioned proceeding. In support of this Motion, the Movant respectfully represents as follows:

1.      Stephan Hornung is a partner at the law firm of Morgan, Lewis & Bockius LLP, which maintains an office at 101 Park Avenue, New York, New York 10178-0060.

2.      Stephan Hornung is admitted to practice and is in good standing with the Bar of the State of New York and the State of New Jersey.  He is also admitted to practice before the United States District Court for the Eastern, Southern and Northern Districts of New York and the District of New Jersey.

3.      Filed concurrently herewith is the Certification of Stephan Hornung.

4.      The Movant respectfully requests that this Court grant this Motion so that Stephan Hornung may appear on behalf of JPMorgan Chase Bank, N.A. and be heard at any hearings in the above-captioned matter.

WHEREFORE, it is respectfully requested that this Court enter the attached order permitting Stephan Hornung to appear *pro hac vice* in this matter.

Dated: August 5, 2025
      Philadelphia, Pennsylvania

                        **MORGAN, LEWIS & BOCKIUS LLP**

                        */s/ Su Jin Kim*
                        Su Jin Kim (PA Bar No. 317953)
                        2222 Market Street
                        Philadelphia, Pennsylvania 19103
                        Telephone: (215) 963-5000
                        Facsimile: (215) 963-5001
                        su.kim@morganlewis.com

-2-

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| WEABER, INC. | Case No. 25-02167 (HWV) |
| Debtor. |  |

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE* PURSUANT TO LOCAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Local Rule 2090-1(b), I, Stephan E. Hornung, Esq., hereby certify that I am eligible for *pro hac vice* admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. In support of this Certification, I certify as follows:

1.      I am a partner at the law firm of Morgan, Lewis & Bockius LLP, which maintains an office at 101 Park Avenue, New York, New York 10178-0060.

2.      I submit this Certification in support of the motion for *pro hac vice* admission pursuant to the Local Rules.

3.      I am admitted to practice and am in good standing with the Bars of the State of New York and the State of New Jersey. I am also admitted to practice before the United States District Court for the Eastern, Southern and Northern Districts of New York and the District of New Jersey.

4.      I have never been disbarred, and I am not currently suspended from the practice of law in the State of New York or the State of New Jersey. I am not subject to pending disciplinary proceedings in any jurisdiction.

5.      I am generally familiar with this Court's Local Rules, the rules of professional conduct, and all other requirements governing practice before this Court.

6.    I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.

7.    The statements contained herein are true and correct to the best of my knowledge, information, and belief.

8.    I respectfully request that the Court enter an order admitting me to appear pro hac vice as counsel to JPMorgan Chase Bank, N.A. in the above-captioned matter.

Dated: August 5, 2025

/s/ Stephan E. Hornung
Stephan E. Hornung
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000
stephan.hornung@morganlewis.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| WEABER, INC. | : |
|  | : Case No. 25-02167 (HWV) |
| Debtor. | : |
|  | : |
|  | : |

**ORDER**

Upon consideration of the *Motion and Order for Admission Pro Hac Vice*, it is HEREBY

ORDERED that the Motion is GRANTED, and Stephan E. Hornung is permitted to appear and

practice in this Court in the above-captioned matter as counsel *pro hac vice* for JPMorgan Chase

Bank, N.A.

By the Court:

_____
The Honorable Henry W. Van Eck