## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WEABER, INC. | : Case No. 25-02167 (HWV) |
| Debtor. | : |
| | : **Re: Docket No. 11** |
| | : |

## JPMORGAN CHASE BANK N.A.'S LIMITED OBJECTION
## AND RESERVATION OF RIGHTS TO THE DEBTOR'S
## EMERGENCY MOTION FOR USE OF CASH COLLATERAL

JPMorgan Chase Bank, N.A. ("JPMC"), in its capacity as administrative agent (the "Administrative Agent") under the Credit Agreement, dated October 12, 2017 (as amended from time to time, the "Credit Agreement"), by and among Weaber, Inc. (the "Debtor") as borrower, WT Hardwoods Group, Inc. as guarantor, and the lenders party thereto (together with the Administrative Agent, the "Prepetition Secured Parties"), submits this limited objection and reservation of rights (the "Objection") to the *Emergency Motion of Weaber, Inc. for Order Pursuant to 11 U.S.C. § 363 to: (I) Permitting Use of Cash Collateral and Providing Adequate Protection to Parties With Interest in Cash Collateral, (II) Authorizing Payment of Prepetition Wages, (III) Requesting Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure 9006(C)(1) and M.D. Pa. L.B.R. 9075-1(A) and (IV) Granting Related Relief* (Dkt. No. 7) (the "Motion"). In support of this Objection, the Administrative Agent respectfully states as follows:

# I. **Preliminary Statement**

1. JPMC is the Debtor's largest secured creditor, holding a claim of more than $25 million, including $9.6 million on account of over-advances made prior to the Petition Date to support the Debtor's operations. The Debtor's continued cash burn, breach of its financial and reporting covenants since November 2023, and continued inability to meet those covenants, including the fixed charge coverage ratio and minimum EBITDA targets, as well as its failure to provide necessary borrowing base certificates, raises significant doubts about the viability of any restructuring or refinancing efforts. Moreover, while an equity cushion could theoretically provide adequate protection to JPMC, the Debtor has not demonstrated that any such cushion—if one exists—is large enough to protect JPMC's interests, particularly given the Debtor's uncertain operational outlook and ongoing cash flow challenges.

2. Despite these concerns, JPMC acknowledges the Debtor's immediate need for a limited amount of cash to keep operations going in the short term. JPMC is willing to consent to the use of its cash collateral on a short-term basis (just over two weeks), on the conditions set forth in this Objection. In particular, the Debtor's use of cash collateral must be limited to the amount needed to sustain operations through the next two weeks. JPMC expects that an Official Committee of Unsecured Creditors will be appointed by then, allowing the parties to fully present their positions and clarify the Debtor's future direction.

# II. **Background**

3. On August 1, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court and simultaneously filed the Motion, which seeks emergency relief for the use of cash collateral without the consent of JPMC. A hearing on the Motion is scheduled for August 6, 2025.

## A. **The Credit Agreement**

4. Prior to the Petition Date, JPMC was the Debtor's primary secured lender. Pursuant to the Credit Agreement, the Prepetition Secured Parties provided revolving loans, letters of credit, and other financial accommodations to the Debtor and its affiliates. As of the Petition Date, the term loans have been fully repaid. Under the revolving credit facility, the Debtor was permitted to borrow up to the lesser of (i) $28 million and (ii) the "Borrowing Base" calculated in accordance with the Credit Agreement.[1]

5. The Debtor has previously notified the Administrative Agent that Events of Default under the Credit Agreement have occurred and are continuing, as a result of, among other things:

    a. the Loan Parties' failure to achieve the minimum fixed charge coverage ratio under the Credit Agreement for the year ending November 30, 2024;

    b. the Loan Parties' failure to achieve the minimum EBITDA required under the Credit Agreement for the periods ending November 30, 2023, and December 31, 2023;

    c. the Loan Parties' failure to deliver the required borrowing base certificate and related financial reports for September 30, 2024, and November 30, 2024 as required by the Credit Agreement;

    d. the Loan Parties exceeding borrowing limits for multiple periods in 2024 and 2025 and not repaying the excess as required under the Credit Agreement;

    e. the Loan Parties' failure to file their tax returns for year 2023 as required under the Credit Agreement;

    f. the Loan Parties' failure to secure and deliver at least one letter of intent from a potential buyer by June 2, 2025, as required under a forbearance agreement and amendment to the Credit Agreement;

    g. the Loan Parties' failure to select a third-party to market the Loan Parties' real property for sale by July 21, 2025, as required under a forbearance agreement and amendment to the Credit Agreement; and

    h. additional defaults arising from any representation or warranty made by the Debtor under the Credit Agreement or related loan documents in connection with any revolving loan, letter of credit issued, or certificate delivered by the Debtor, which may

---

[1] All undefined capitalized terms have the meanings given to them in the Credit Agreement.

3

have been materially untrue due to the events of default referenced in clauses (a)-(f) (collectively, the "Known Existing Defaults").

6.     Through a series of forbearance agreements, the most recent of which was executed on June 30, 2025, JPMC agreed to forbear from exercising its rights and remedies under the Credit Agreement as a result of the Known Existing Defaults.  The last forbearance period expired on July 30, 2025, and but for the filing of this chapter 11 case, JPMC would be authorized to pursue all rights and remedies against the Debtor and other Loan Parties.

7.     As of the Petition Date, the Debtor is indebted to JPMC under the Credit Agreement for revolving obligations in a principal amount of $25,452,645.96, including $1,290,000 in undrawn letters of credit issued by JPMC and its affiliates and $203,562 under the commercial card issued by JPMC.[2]  Interest accrues on the revolving loans at the non-default rate of 9.25% per annum ($6,071.82 per day).  Interest accrues on the undrawn letters of credit at the rate of 2.75% per annum ($98.54 per day).

8.     In March 2024, Cyprium Investors IV AIV I L.P., the Debtor's junior lender, began to search for a lender to refinance the revolving facility.  However, the Debtor was unable to secure new financing because, among other reasons, the Debtor was unable to obtain audited financial statements for 2023 and 2024 due to certain cost accounting issues.  At the request of the Loan Parties, JPMC agreed to extend the revolving loan to allow time for the refinancing to proceed.

**B.     Prepetition Refinancing and Sale Efforts**

9.     To address strained vendor relationships, stabilize liquidity, and explore refinancing options or, if necessary, a sale of the business, the Debtor engaged Croley, Martell & Associates, Ltd. ("Croley Martell") as its financial consultant.  The Debtor also engaged SC&H Group

---

[2] Additionally, the junior debt held by Cyprium Investors IV AIV I L.P. ("Cyprium") is $10 million, not $8 million as stated in the Motion.  Cyprium's rights vis-à-vis JPMC are governed by an intercreditor agreement that provides, in substance, that Cyprium cannot be paid anything until JPMC is paid in full.

4

("SC&H") to advise it in connection with a potential refinancing or sale. SC&H actively sought refinancing options and robustly marketed the Debtor's business operations for a possible sale transaction. SC&H contacted more than 100 potential purchasers and approximately 20 parties expressed some interest. However, no bids were received. All interested parties required a substantial capital infusion junior to any new loan facility. Given the company's financial condition and market conditions, this was not possible. No refinancing or sale occurred before the Petition Date.

## III.   Objection

10.   Section 363 of the Bankruptcy Code prohibits a debtor-in-possession from using cash collateral absent the secured creditor's consent or a court order providing for adequate protection of the secured lender's collateral position. *See* 11 U.S.C. § 363(c)(2). The debtor bears the burden of proving that the secured lender is adequately protected. *See* 11 U.S.C. § 363(p)(1); *In re GVM, Inc.*, 605 B.R. 315, 325 (Bankr. M.D. Pa. 2019).

11.   In considering whether the debtor should be permitted to use cash collateral, the Court must: (1) establish the value of the secured creditor's interest; (2) assess the risks to the secured creditor's value arising from the debtor's request; and (3) determine whether the debtor's proposed adequate protection safeguards the secured creditor's value as closely as possible, in accordance with the principle of indubitable equivalence. *See In re GVM, Inc.*, 605 B.R. at 325 (citing *In re Hari Ram, Inc.*, 507 B.R. 114, 125 (Bankr. M.D. Pa. 2014)).

12.   Adequate protection is intended to preserve the secured creditor's position as it existed on the petition date. *See In re Sharon Steel Corp.*, 159 B.R. 165, 169 (Bankr. W.D. Pa. 1993) (citing *In re Mellor*, 734 F.2d 1396 (9th Cir. 1984)). While the existence of an equity cushion may, under certain circumstances, be sufficient to constitute adequate protection, it should not be viewed in isolation. *See id*. If the equity cushion is insufficient or likely to erode, it cannot, on its

5

own, provide adequate protection to the secured creditor. *See In re Sharon Steel Corp.*, 159 B.R. at 169 (citing *In re Liona Corp.*, 68 B.R. 761, 767 (Bankr. E.D.Pa. 1987)); *In re Thurston Highland Assocs., LLC*, 2010 WL 148683, at *4 (Bankr. W.D. Wash. 2010) (finding an insufficient equity cushion where there was inadequate evidence that the use of loan proceeds would increase the debtor's property value); *In re Windsor Hotel, L.L.C.*, 295 B.R. 307, 314 (Bankr. C.D. Ill. 2003) ("A finding of adequate protection should be premised on facts, or on projections grounded on a firm evidentiary basis . . . Congress did not contemplate that a secured creditor could find its position eroded and, as compensation for the erosion, be offered an opportunity to recoup dependent upon the success of a business with inherently risky prospects.") (citing *In re Swedeland Dev. Grp., Inc.*, 16 F.3d 552, 567 (3d Cir. 1994) and *In re Mosello*, 195 B.R. 277, 292 (Bankr. S.D.N.Y. 1996)). The debtor may not rely solely on theoretical assertions that adequate protection will materialize. *See In re Phila. Consumer Discount Co.*, 37 B.R. 946, 949 (E.D. Pa. 1984).

13. According to the Motion, the Debtor proposes to provide adequate protection to JPMC from a combination of (i) an equity cushion; (ii) replacement liens and super-priority administrative expense claims to the extent of any diminution in value; and (iii) and periodic interest payments at the non-default rate. However, as discussed more fully below, the Debtor has not satisfied its heavy burden of establishing that the foregoing adequate protection package will provide JPMC the indubitable equivalent of its pre-petition collateral package.

### a. Budget Deficiencies

14. The Debtor's budget, attached to the Motion as **Exhibit B** (the "Cash Collateral Budget"), is substantially different than the cash flow projections Croley Martell prepared and provided to JPMC on July 29, 2025 (the "July 29 Projection"), just three days before the Petition Date, attached hereto as **Exhibit A**. For example, the Cash Collateral Budget estimates receipts

of approximately $15 million in the first 13 weeks of the case, which is approximately $4.4 million more than the $10.6 million the Debtor's had projected just three days earlier. The Debtor does not explain why its cash flow projections improved by nearly 50% in just three days, and this unexplained increase casts doubt on all of the company's projections

15. Similarly, the Debtors' payroll estimates are more than double what they projected in their July 29 Projection. The Debtor now projects $204,000 per week in payroll expenses; however, the July 29 Projection includes only $95,000 per week. Again, the Debtor provides no explanation for this substantial discrepancy.

16. Finally, the Cash Collateral Budget does not account for any chapter 11 expenses, including professional fees of counsel and any unsecured creditors' committee, and U.S. Trustee fees. This omission too raises concerns about the reliability of the Debtor's Cash Collateral Budget as a basis for authorizing the use of cash collateral, particularly in light of the potential risk of administrative insolvency.[3]

17. The Debtor has not demonstrated the near-term viability of its operations, nor has it put forth any evidence to support a finding that it can generate the substantial cash flow from profitable new sales it needs to survive. In light of the uncertainty regarding both operational viability and positive cash flow, JPMC submits that, subject to the conditions outlined in this Objection, any use of cash collateral should be limited to the minimum amounts necessary to sustain operations during the two-week period leading to the next hearing on the Motion.

_____

[3] If the estate is administratively insolvent, it should be converted. 11 U.S.C. § 1112(b)(4)(A) ("A bankruptcy court shall convert a chapter 11 case to a chapter 7 case or dismiss the case upon a demonstration of cause" including "substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation[.]"); *see also In re Domiano*, 442 B.R. 97, 109 (Bankr. M.D. Pa. 2010) (the bankruptcy court has discretion to convert or dismiss based on the case's circumstances, including failure to meet operational or financial projections); *Ellis v. Westinghouse Elec. Co.*, 11 F.4th 221, 233 (3d Cir. 2021) (administrative insolvency typically leads to conversion of the chapter 11 case to chapter 7 liquidation).

7

### b. Receivables Collection and Inventory Valuations

18. The Debtor's historical accounts receivable collection and inventory valuations have generally been overstated, and it has not provided any support to justify the assumption that future projections for accounts receivable will be realized or that the Debtor's inventory valuation is accurate. Given the Debtor's prior inability to meet its projections, relying on these figures to support future cash flow projections is extremely risky. *See In re Windsor Hotel, L.L.C.*, 295 B.R. at 314 (Bankr. C.D. Ill. 2003).

### c. Real Estate Valuation

19. Courts have broad discretion in determining the appropriate timing and methodology for valuing collateral, taking into account the specific circumstances of the case. *See In re Heritage Highgate, Inc.*, 679 F.3d 132, 141-42 (3d Cir. 2012); *In re Lewisberry Partners, LLC*, 664 B.R. 398, 400 (Bankr. E.D. Pa. 2024). In the context of adequate protection under section 363(e) of the Bankruptcy Code, the valuation of collateral is typically assessed as of the petition date, the date the request for adequate protection is made, or the date on which the request is heard. *See In re Phila. Consumer Discount Co.*, 37 B.R. 946, 950 (E.D. Pa. 1984) (value as of the commencement of the case). The purpose of this approach is to ensure that the valuation accurately reflects current market conditions, as one cannot rely on outdated appraisals to accurately capture the collateral's present value, particularly given potential market fluctuations. As the Court noted in *In re GVM, Inc.*, 605 B.R. 315, 325 (Bankr. M.D. Pa. 2019), valuation is integral to the determination of adequate protection.

20. The Debtor touts a "recent" appraisal of the Debtor's real property that valued the property at $17,500,000. However, the Debtor's CEO and SC&H have conceded to JPMC that the actual value of the property is substantially less than the appraised value. Indeed, during the

8

Debtor's recent marketing efforts, no value was ascribed to the real estate by any of the potential bidders. Given these concessions, recent failed marketing efforts, and the general state of the real estate market, the Court should require new a new appraisal to ensure that any valuation reflects current and accurate conditions.

### d. Equity Cushion

21.     The Debtor appears to suggest that there is a substantial equity cushion that will provide adequate protection to JPMC. However, the Debtor's mere assertion of the existence of an equity cushion is insufficient to justify the use of cash collateral without a proper valuation. *See In re GVM, Inc.*, 605 B.R. 315, 325 (Bankr. M.D. Pa. 2019) (holding that the court must evaluate the value of the secured creditor's interest, assess risks to that value arising from the proposed use of cash collateral, and determine whether the Debtor's adequate protection proposal sufficiently mitigates those risks). The Debtor may not use an equity cushion to establish adequate protection in the absence of an agreement on value or a court determination of value. Given the circumstances, it is unlikely that either will occur by the August 6 hearing.

22.     Moreover, while an equity cushion may be sufficient to provide adequate protection, other relevant factors must also be considered, including: whether interest accrual is eroding the cushion; whether the collateral's value is decreasing; whether the Debtor has been unable to obtain refinancing; whether any additional protections have been offered; whether a realistic prospect for successful reorganization exists; and whether the filing was made to delay a pending foreclosure. *See In re Southerton Corp.*, 46 B.R. 391, 400 (M.D. Pa. 1982); *In re High Sky, Inc.*, 15 B.R. 332, 336 (Bankr. M.D. Pa. 1981); *In re Timber Prods.*, 125 B.R. 433, 433–34 (Bankr. W.D. Pa. 1990); *In re Sharon Steel Corp.*, 159 B.R. at 169.

23.     Here, the Debtor has failed to establish that there is a sufficient equity cushion to protect the interests of JPMC.  This is particularly concerning given the ongoing risk of erosion to any such cushion, driven by the Debtor's uncertain operational viability, unreliable cash flow projections, and unsubstantiated Cash Collateral Budget.  Given these deficiencies, reliance on the Debtor's unproven assertion of an equity cushion at this stage is premature and inappropriate.

### e.  *Replacement Liens*

24.     For a replacement lien to provide adequate protection, it "should as nearly as possible under the circumstances of the case provide the creditor with the value of his bargained for rights."  *In re Hari Ram, Inc.*, 507 B.R. 114, 120 (Bankr. M.D. Pa. 2014); *see also In re Pine Lake Vill. Apartment Co.*, 19 B.R. 819, 825 (Bankr. S.D.N.Y. 1982) ("The protection to be afforded a secured creditor is to ensure his receipt of at least the value of the property . . . . [T]he interest in property entitled to protection is not measured by the amount of the debt but by the value of the lien.") (citations omitted).  A replacement lien on new inventory purchased with cash collateral does not provide meaningful protection to JPMC's secured interests.

25.     First, JPMC already has a lien on substantially all assets of the debtor, including all inventory, accounts receivable and cash collateral in existence on the Petition Date, and all their proceeds pursuant to the Pledge and Security Agreement dated October 12, 2017.   To the extent the Debtor purchases new inventory with JPMC's cash collateral or turns existing inventory into accounts receivable, JPMC already has a lien on those assets as the proceeds of its existing pre-petition collateral, and a replacement lien offers no additional value to JPMC.  *See* 11 U.S.C. § 552(b).

26.     Second, even if the Debtor were to somehow acquire new inventory or generate new accounts receivable that did not constitute the proceeds of JPMC's pre-petition collateral, the

value of the collateral supporting the replacement lien is uncertain at best. A replacement lien offers meaningful protection only to the extent the collateral securing it has reliable and ascertainable value. If that value is overstated or uncertain, the lien risks becoming a paper guarantee, providing little assurance that JPMC's collateral will be adequately preserved.

27.     As reflected in the historical financials and the Debtor's Cash Collateral Budget, the company loses money on every sale. *See* Debtor's Historical Financial Information, attached to the Motion as **Exhibit A** and the Cash Collateral Budget, attached to the Motion as **Exhibit B**. Moreover, the Debtor has consistently failed to collect accounts receivable in line with its past projections. Collections do not generally improve when a company is in financial distress and files for bankruptcy; to the contrary, collections routinely go down, as parties stop payment altogether as a result of the uncertainties that a filing brings or negotiate substantial discounts, knowing that the debtor does not have cash to finance collection activities. In short, even assuming the Debtor could sell new merchandise at a nominal profit, there is significant collection risk and no guarantee that the new accounts receivable will be collected. And, even if paid, it is not clear that proceeds will cover the cost or just contribute to the ongoing cash burn, further diminishing the value of what is left, i.e., JPMC's cash collateral.

## IV.     **Conditions to JPMC's Consent for the Debtor's Use of Cash Collateral**

28.     JPMC's short-term consent to the Debtor's use of JPMC's cash collateral is conditioned upon the following:

- The Debtor' use of cash collateral is approved through and including August 18, 2025;

- The Debtors may only use cash collateral in accordance with a budget approved by JPMC in its sole and absolute discretion, which budget shall, at a minimum, address the issues set forth in this Objection (as further described below);

11

- JPMC shall be granted (i) a superpriority administrative expense claim and (ii) replacement liens, in each case to the extent of any diminution in value of its collateral, including, without limitation, with respect to any accrued and unpaid interest, fees, and other amounts due under the Credit Agreement or related loan documents;

- The Debtor shall continue to use its operating, payroll, and related bank accounts maintained at JPMC, unless otherwise agreed by the Debtor and JPMC.

29.     As further adequate protection, JPMC requires weekly payment of current interest on its claims at the non-default rate of 9.25% and reimbursement of fees and expenses, including, but not limited to, interest and fees related to undrawn letters of credit, as provided in the loan documents, and its legal fees and other expenses as provided in the Credit Agreement. Additionally, JPMC reserves the right to assert a claim for default-rate interest and all other amounts due under the Credit Agreement or related loan documents in any proof of claim it files in this case.

30.     Finally, JPMC's consent is conditioned upon, at a minimum, the inclusion of the following provisions in the proposed cash collateral order:

- The use of JPMC's cash collateral shall be limited to (i) the "subtotal cash disbursements" line for weeks 1 and 2 of the Cash Collateral Budget, totaling approximately $1.306 million, and (ii) budgeted raw material (lumber) purchases of $350,000 per week during this period, provided such purchases are to fulfill specified customer orders agreed upon by the Debtor and JPMC, with the Debtor to provide JPMC with proof of purchase and corresponding sales as part of the regular reporting required under the Cash Collateral Order.

- Reporting is necessary to enable JPMC to monitor Debtor's performance and JPMC's collateral position, including whether JPMC is suffering diminution in advance of any final hearing on cash collateral use. The Debtor shall, on a weekly basis, deliver the following reports to JPMC:

  o a variance report comparing actual cash receipts and disbursements of the Debtor with the receipts and disbursements in the most recently delivered Cash

Collateral Budget, on both a line-item and aggregate basis, for the cumulative period through the end of the most recent calendar week then ended, together with all supporting schedules;

o   a report showing all accounts receivable and accounts payable, including the aging of each as of the end of the most recent calendar week then ended, all collections, all new inventory purchases, and copies of all customer purchase orders through such date, including (x) an accounts receivable roll-forward report that reconciles to the Debtor's accounts receivable aging and sales reports and (y) an accounts payable aging report including invoice dates;

o   an updated listing of all inventory, by type, stock keeping unit, quantity, and value as of the end of the most recent calendar week then ended, together with an inventory roll-forward report that reconciles to the Debtor's inventory and sales reports;

o   a report detailing all actual cash disbursements made through the end of the most recent calendar week then ended and the Debtor's cash position as of such date, with sufficient information to identify (x) the collateral used, expended, or dissipated, (y) any collateral generated as replacement collateral during such reporting period, and (z) expenses accrued but not paid;

o   a balance sheet and income statement as of the Petition Date within fifteen (15) days following the Petition Date; and

o   documentation supporting raw lumber material purchases and related sales made in connection with specified customer orders mutually agreed upon by the Debtor and JPMC.

•   JPMC should have access to the Debtor and its management, personnel and advisors as reasonably requested, and, in any event, on not more than two (2) business days' notice;

•   The Debtor shall:  (i) segregate JPMC's cash collateral, as required by Section 363(c)(3) of the Bankruptcy Code, in an account at JPMC (as required by the JPMC loan and security documents); (ii) be authorized to use, and continue to maintain, its existing bank accounts at JPMC as its debtor-in-possession bank accounts; and (iii) provide JPMC with customary bankruptcy cash management protections with respect to administration of such accounts;

13

- A revised Cash Collateral Budget and a business plan, each to be agreed by the Debtor and JPMC before the hearing on entry of a second interim cash collateral order; and

- A hearing to consider entry of the second interim cash collateral order shall be scheduled for no later than August 18, subject to the Court's calendar.

## V. <u>Conclusion and Reservation of Rights</u>

31. The Debtor's history, as well as its current budget and projections, suggests that efforts to sell or refinance the company will not be successful. Given the current circumstances, there are concerns about the company's ability to continue as a going concern, particularly in the absence of an equity infusion or a DIP loan, which appear unlikely at this time. Administrative insolvency remains a significant risk. As the Debtor has already tried and failed to sell or refinance itself, the only sensible course of action is an orderly liquidation.

32. This case could have been filed under chapter 7, and although that option was not pursued, JPMC submits that conversion to chapter 7 may be worth considering early in the case. As noted, the Court may not be in a position to make that determination at the first-day hearing, which is why JPMC is willing to consent to the short-term and conditional use of its cash collateral. However, JPMC reserves all of its rights and remedies, including the right to supplement this Objection prior to any interim or final hearings, to raise additional concerns at the hearing on the Motion or in connection with any proposed order, and to seek other relief as may be appropriate.

14

Dated: August 5, 2025
      New York, New York

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Su Jin Kim*
Su Jin Kim (PA Bar No. 317953)
2222 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
su.kim@morganlewis.com

-and-

Michael Luskin*
Stephan E. Hornung*
101 Park Avenue
New York, New York 10178-0060
Tel: 212-309-6000
michael.luskin@morganlewis.com
stephan.hornung@morganlewis.com
**pro hac vice* application pending

*Attorneys for JPMorgan Chase Bank, N.A.*

**Exhibit A**

**July 29 Projection**

**WEABER, INC**

**LIQUIDATION BUDGET AND ACTION PLAN**

**DETAILED ACTIONS AND CASH FLOW**

**29-Jul-25**





**WEABER, INC**
**LIQUIDATION BUDGET AND ACTION PLAN**
**DETAILED ACTIONS AND CASH FLOW**
  **7/29/2025**

**TABLE OF CONTENTS**

|                                                          | PAGE |
| -------------------------------------------------------- | ---- |
| **ACTION PLAN AND ASSET POOLS**                          | 3    |
| **INVENTORY SUMMARY BY GRADE-DEPLETION ANALYSIS**        | 6    |
| **LIQUIDATION BUDGET**                                   | 9    |
| **LIQUIDATION SALES/COLLECTION PLAN HIGHLIGHTS**         | 12   |
| **LIQUIDATION PAYROLL SUMMARY**                          | 16   |

**WEABER, INC**
**LIQUIDATION BUDGET AND ACTION PLAN**
**DETAILED ACTIONS AND CASH FLOW**
**7/29/2025**

## ACTION PLAN AND ASSET POOLS

### Weaber, Inc. Asset Pools

- Weaber has the following asset pools for liquidation for the Senior Lender:
  From the July 27, 2025 BBR data and other data:

| | $,000 |
| --- | --- |
| Accounts Receivable: | 6,700 |
| Inventory: | 23,345 |
| M&E - Boot Coll. (OLV, New) | 4,539   Appraisal, Needs Review |
| Real Property Titusville | TBD |
| Real Property Lebanon | 17,750   Appraisal 5/31/25 |
| Other | TBD |
| Total | 52,334 |

| | | M&E FROM HILCO 8/31/23 APPRAISAL (OLV, $,000) EXCEPT NEW | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | JPM CHASE LIEN | |
| Location | Pathward | Gen. Plant Support | Trucks / Rolling Stock | Mobile Equipment | New Equip. (Kilns) Note (1) | JPM CHASE TOTAL (EST.) |
| 1231 Mt. Wilson Rd. | 7,644.20 | 696.90 | 1,294.25 | 479.50 | 988.74 | 3,459.39 |
| 25 Keystone Dr. (Dist. Ctr) | | | 387.50 | | | 387.50 |
| 11117 Skyline Dr. (Titusville) | | | 691.90 | | | 691.90 |
| | | | | | | - |
| | 7,644.20 | 696.90 | 2,373.65 | 479.50 | 988.74 | 4,538.79 |
| | | | | | | - |

Note (1): The new Thermally Modified Kilns were installed in 2025. This is an estimate based on acquisition price of $0.978 million. Second kiln final funding of about $100K in next 4 weeks cash flow.

- Financial data listed at cost with inventory at the newly implemented standard cost.

### Weaber, Inc. Senior Secured Debt to JPM Chase

- Revolver balance to JPM Chase as of July 27, 2025 is $23,940.47 K.

- Company working to convert to Weaber 2.0 strategy. Consolidation actions thus far are consistent with a managed wind-down.

### Weaber, Inc. Inventory Composition

- Company inventory composition as of 7/27/25 is as follows:

| Inventory Detail: | | ($,000) | |
| --- | --- | --- | --- |
| | **Finished Goods** | | |
| INV01 | Lebanon | 4,843 | |
| INV10 | Lebanon SM | 4,221 | 43 |
| INV06 | 3PL Whse | 2,919 | 21 |
| INV11 | 3PL Whse SM | 21 | 19 |
| INV08 | CW | 54 | 21 |
| INV12 | CW SM | 115 | 54 |
| | **Finished Goods** | 12,174 | 15 |
| | | | 74 |
| | **Raw** | | |
| INV02 | Leb Log | 119 | |
| INV07 | CW Raw | 34 | 19 |
| | **Raw** | 153 | 34 |
| | | | 53 |

| Inventory Detail: | | ($,000) |
| --- | --- | --- |
| | **Lumber** | |
| INV03 | Leb. Green | - |
| INV04 | Leb. KD | 3,804 |
| | | - |
| | **Lumber** | 3,804 |
| | | |
| | **WIP** | |
| INV05 | Leb WIP | 6,821 |
| INV01 | CW WIP | 394 |
| | **WIP** | 7,215 |
| | | |
| | **TOTAL Inventory** | 23,345 |

| HILCO GOLV/NOLV (April 2025) | | |
| --- | --- | --- |
| Inv. Category | GOLV % | NOLV % |
| Finished Goods | 115.0% | 94.6% |
| FG Slow Movin | 36.2% | 29.7% |
| Lumber | 77.1% | 63.4% |
| WIP | 60.0% | 49.3% |
| Raw Materials | 67.7% | 55.6% |

### Weaber, Inc. Liquidation Strategy

• At this point, do not file a formal CH11 or CH7 proceeding. Perform a consensual managed wind-down of the business.

• Company has issued a necessary WARN notice and is paying personnel through Aug. 31, 2025. Utilize personnel o further convert WIP to FG and further remove inventory from large leased warehouse

• Go down dual path to execute all actions consistent with a managed wind-down, but pursue a sale of the Weaber 2.0 subset business. This would be a GoodCo - BadCo strategy. There are a couple of parties that may be interested in lifting Weaber 2.0 out of the larger shell of Weaber 1.0

• Company will have a 4-5 week window to sell the Weaber 2.0 business before the point of no return is reached.

• There is a significant vendor and equipment creditor overhang with accounts payable of $8.930 million of total trade A/P with $3.9 million A/P slated for vendor composition plans.

• Begin liquidation on the larger RGH, WIP, and FG inventory immediately.

### Weaber, Inc. Liquidation Action Plan

• Liquidation action plan is as follows:

1.0 Accounts Receivable
   Pursue collection of aged A/R from customers: Home Depot, Woodgrain, and VMI totaling $550K

2.0 Inventory
   A.  Continue to Consolidate Inventory from Titusville and Warehouse to Lebanon
      i. Continue Titusville consolidation efforts to Lebanon. This is in process and nearing completion.

      ii. Continue to consolidate inventory from the large leased warehouse into Lebanon. Lease payments will cease in August so the Company must not strand inventory.

      iii. Continue the selloff of raw logs. This is almost complete.

    B.   Kiln Dried/Purchased Lumber:

        i.  High Grade Lumber in RGH

            a.  Attempt to sell at HMR value - See current HMR Report

            b.  Process what cannot be sold through to highest value FG

        ii.  Low Grade Lumber in RGH

            a.  Poplar - Sell to NWH/Other for export or domestic consumer - This will be lower price than HMR but market is tough and would be hard to move it without company like NWH

                The Pop 2 COM identified on the inventory snapshot as having 2.7 million board feet and $1.8 million is a problem. We have assumed a liquidation sale value of 40% of Inventory value. Commencing end of August 2025, Company estimates approximately 16-weeks (45,000 BF / shift; 11 Employees at 40 hours / week) to prepare the 2COM Poplar inventory for 'bulk' sale. Payroll expense included within projection; timing of potential sale outside of projection window.

            b.  Red & White Oak - Company does not have much in inventory. Process what is on-hand into closet poles or flooring for quick sale

  D.   Work In Process

        i.  Convert as much available WIP into FG in six week time period. The market would be tough to try and sell the WIP quickly.

  E.   Finished Goods

        i.  Approach THD for Bulk, Advance Purchase to buy as much FG as possible.

        ii.  Sell the VMI inventory to the VMI customers

        iii.  Engage Hilco or other bulk liquidators for remaining FG Items.

4.0 Real Property

    A.   Engage listing agent immediately. Company does not need to get full appraised value to fill in any shortfall in other collateral.

5.0 Equipment Plan

    A.   Equipment auctions assumed for the following equipment pools:

|  |  | ($,000) |  |
|---|---|---|---|
| Trucks/Rolling Stock | Lebanon | 1,294.25 | 9/25/2025 |
| Gen. Plant Support | Lebanon | 696.90 | 9/25/2025 |
| Titusville M&E | Titusville | 691.90 | 8/31/2025 |
| Mobile Equipment | Lebanon | 479.50 | 9/25/2025 |
| New Kilns | Lebanon | 988.74 | 9/25/2025 |
| Keystone Dist. Ctr. | Lebanon | 387.50 | 8/31/2025 |
|  |  | 4,538.79 |  |

**WEABER, INC**

**INVENTORY SUMMARY BY GRADE - DEPLETION ANALYSIS**

**29-Jul-25**

**Weaber Inventory Status (07/24/25)**

7/26/2025

| ROUGH Total NET | | | | |
|---|---|---|---|---|
| Species | Total Rough Projected - 2025 Remaining | CI - Week 29 | Inv Value | Inventory Depleted |
| Pop PRIME | 2,974,936.71 | 246,447.50 | $ 366,409 | August 2025 |
| Pop 1 COM | 1,620,122.79 | 840,841.01 | $ 765,142 | October 2025 |
| Pop 2 COM | 790,515.89 | 2,779,933.73 | $ 1,834,202 | January 2027 |
| RO PRIME | 1,611,908.09 | 102,549.63 | $ 188,230 | August 2025 |
| RO 1 COM | 928,473.25 | 118,826.93 | $ 208,687 | August 2025 |
| RO 2 COM | 660,115.68 | 365,827.39 | $ 319,102 | October 2025 |
| WO PRIME | - | 23,564.00 | $ 77,368 | No Est BDFT |
| WO 1 COM | - | 18,455.39 | $ 30,677 | No Est BDFT |
| WO 2 COM | - | 57,710.20 | $ 68,033 | No Est BDFT |
| Maple PRIME | 52,703.29 | 5,432.40 | $ 8,607 | August 2025 |
| Maple 1 COM | 18,822.60 | - | $ - | Inv Depleted |
| Maple 2 COM | 3,764.52 | - | $ - | Inv Depleted |
| Aspen PRIME | 17,937.79 | - | $ - | Inv Depleted |
| Aspen 1 COM | 6,406.35 | - | $ - | Inv Depleted |
| Aspen 2 COM | 1,281.27 | - | $ - | Inv Depleted |

Liquidation Plan Required (Pop 2 COM)

TBD - Need To Review TTM Demand (WO PRIME)
TBD - Need To Review TTM Demand (WO 1 COM)
TBD - Need To Review TTM Demand (WO 2 COM)

| | | | |
|---|---|---|---|
| OFFLINE ROUGH - MIXED | | - | $ - |
| OFFLINE ROUGH - POPLAR | | 13,653.00 | $ 12,358.12 |
| OFFLINE ROUGH - RED OAK | | 20,721.60 | $ 28,205.82 |
| OFFLINE ROUGH - WHITE OAK | | | |

Rough Total Inv.  $  3,907,023   Liquidation Plan Required for Rough   $  1,834,202

| WIP TOTAL AM | | | | | |
|---|---|---|---|---|---|
| CI STD Cost Cat - WIP | 2025 Remaining | CI - Week 29 | Inv Value | Inventory Depleted | Est BDFT / Per Month |
| [WIP] Hobby Boards - Poplar | 606,744.10 | 511,291 | $ 1,259,821 | December 2025 | 118,377.52 |
| [WIP] S4S - Poplar | 2,826,084.86 | 320,145 | $ 769,628 | August 2025 | 566,235.05 |
| [WIP] S4S - Maple | 55,477.15 | 15,463 | $ 36,152 | September 2025 | 11,174.80 |
| [WIP] S4S - Aspen | 18,881.88 | 0 | $ - | Inv Depleted | 3,693.52 |
| [WIP] Flooring - Red Oak | 514,604.35 | 1,076 | $ 2,367 | August 2025 | 102,920.87 |
| [WIP] Treads and Risers - Red Oak | 21,329.99 | 15,729 | $ 45,220 | November 2025 | 4,266.00 |
| [WIP] Flooring - White Oak | 60,061.42 | 450 | $ 1,017 | August 2025 | 12,012.28 |
| [WIP] Treads and Risers - White Oak | 13,659.79 | 6,746 | $ 19,165 | October 2025 | 2,731.96 |
| [WIP] Hobby Boards - Oak | 183,443.43 | 62,603 | $ 147,556 | September 2025 | 35,613.81 |
| [WIP] S4S - Red Oak | 1,383,471.74 | 119,411 | $ 279,183 | August 2025 | 267,730.84 |
| [WIP] S4S - White Oak | 11,883.33 | 2,139 | $ 6,278 | No Est BDFT - Sales Avg | 2,376.67 |
| [WIP] Finger Jointed Board / Moulding - Poplar | 414,594.05 | 649,079 | $ 1,675,923 | February 2026 | 82,918.81 |
| [WIP] Finger Jointed Closet Poles - Oak | 464,111.67 | 200,656 | $ 873,456 | August 2025 | 86,778.25 |
| [WIP] Mouldings - Poplar | 140,244.92 | 187,368 | $ 436,755 | February 2026 | 28,431.77 |
| [WIP] Mouldings - Oak | 218,058.36 | 71,620 | $ 248,449 | September 2025 | 40,652.46 |
| [WIP] Wall Slats - Red Oak | 1,946.35 | 7,537 | $ 21,218 | January 2027 | 389.27 |
| [WIP] Weathered Wall Board - Poplar | 175,539.98 | 34,905 | $ 71,416 | September 2025 | 34,419.60 |
| [WIP] Finger Jointed Closet Poles - Poplar | 104,132.13 | 276,738 | $ 1,237,847 | September 2026 | 20,092.08 |
| [WIP] Thermal - Poplar | 126,315.79 | 110,894 | $ 257,274 | December 2025 | 18,929.68 |

Liquidation Plan Required ([WIP] Hobby Boards - Poplar)

TBD - Need To Review TTM Demand ([WIP] S4S - White Oak)
Liquidation Plan Required ([WIP] Finger Jointed Board / Moulding - Poplar)
Liquidation Plan Required ([WIP] Mouldings - Poplar)
Liquidation Plan Required ([WIP] Finger Jointed Closet Poles - Poplar)

WIP Total Inv.  $  7,388,726   Liquidation Plan Required for WIP   $  4,631,565

| FG TOTAL AM | | | | | | |
|---|---|---|---|---|---|---|
| CI STD Cost Cat - FG | 2025 Remaining | CI - Week 29 | Inv Value | Inventory Depleted | Est BDFT / Per Month | Weaber 1.0 Sales - 12 months |
| Hobby Boards - Poplar | 606,744.10 | 381,979 | $ 1,050,823 | October 2025 | 84,282.48 | |
| S4S - Poplar | 2,684,780.62 | 753,610 | $ 2,061,122 | September 2025 | 165,572.47 | |
| S4S - Maple | 52,703.29 | 29,219 | $ 76,175 | October 2025 | 6,199.69 | |
| S4S - Aspen | 17,937.79 | 20,750 | $ 54,094 | January 2026 | 4,402.56 | | Liquidation Plan Required |
| Flooring - Red Oak | 514,604.35 | 124,995 | $ 329,861 | September 2025 | 26,756.23 | $ 1,958,384 | Liquidation Plan Required |
| Treads and Risers - Red Oak | 19,196.99 | 31,451 | $ 102,940 | April 2026 | 7,905.34 | $ 233,651 | Liquidation Plan Required |
| Flooring - White Oak | 60,061.42 | 103,543 | $ 279,359 | April 2026 | 22,523.62 | $ 415,666 | Liquidation Plan Required |
| Treads and Risers - White Oak | 12,293.81 | 22,832 | $ 73,839 | May 2026 | 5,686.54 | $ 233,486 | Liquidation Plan Required |
| Hobby Boards - Oak | 165,099.08 | 121,859 | $ 326,947 | November 2025 | 26,400.34 | |
| S4S - Red Oak | 1,314,298.16 | 329,137 | $ 858,061 | September 2025 | 69,835.17 | |
| S4S - White Oak | 11,883.33 | 65,771 | $ 213,559 | No Est BDFT - Sales Avg | 16,431.21 | | TBD - Need To Review TTM Demand |
| Finger Jointed Board / Moulding - Poplar | 385,572.46 | 1,080,077 | $ 3,567,493 | October 2026 | 273,386.45 | $ 3,260,006 | |
| Finger Jointed Closet Poles - Oak | 394,494.92 | 18,140 | $ 86,656 | August 2025 | 6,164.51 | |
| Mouldings - Poplar | 140,244.92 | 245,052 | $ 635,910 | April 2026 | 51,821.27 | | Liquidation Plan Required |
| Mouldings - Oak | 207,155.44 | 96,773 | $ 337,351 | September 2025 | 25,536.71 | |
| Wall Slats - Red Oak | 1,946.35 | 3,099 | $ 12,538 | September 2026 | 919.78 | $ 36,845 | |
| Weathered Wall Board - Poplar | 175,539.98 | 452,164 | $ 1,351,971 | September 2026 | 106,125.61 | | Maynards.  Sold for $0.25/$1.00.  To be delivered in Aug. 2025 |
| Finger Jointed Closet Poles - Poplar | 88,512.31 | 29,014 | $ 176,408 | September 2025 | 12,083.67 | |
| Thermal Poplar | 120,000.00 | 135,606 | $ 377,933 | October 2025 | 30,208.15 | | Liquidation Plan Required | $ 5,053,119 |

| | | |
|---|---|---|
| >3 Months Supply (This is Total Inventory for Items with >3 Months Supply) | | $ 7,137,547 |
| Weaber 1.0 (These are items not contemplated to be offered for Weaber 2.0) | | $ 6,130,939 |

FG Total Inv.  $ 11,973,040  for FG

**Summary:**

| | | |
|---|---|---|
| Items to be sold through (White/Orange Items with Depletion by Q3 2025) | $ 11,352,274 | Includes Maynards |
| Liquidation Plan Needed: | $ 11,518,885 | |
| Other Items, Review Demand | $ 397,630 | |
| | $ 23,268,789 | |

| Total Inventory | 11,232,883.47 | 23,268,788.72 |
|---|---|---|

| BBR Values (ROUGH / WIP / FG) | | Total Above | $ 23,268,789 |
|---|---|---|---|
| | CI TOTAL | 11,769,064.16 | $23,198,378.47 |
| | ROUGH NET | (488,808.68) | $ - |
| | FRAME BLOCK | (2,571.00) | $ (838.15) |
| | OFFLINE WIP | (44,313.00) | $ (117,111.20) |
| | Tony Missing - BLANK | (20,353.82) | $ (59,287.59) |
| | Tony Missing - MISC | (113,335.22) | $ (317,903.48) |
| | Tony Missing - Thermal Oak | (488.01) | $ (1,360.07) |
| | STD Cost Cat - ADJ | 133,689.04 | $ 603,551.26 |
| | OFFLINE ROUGH - POPLAR | - | $ (32,014.13) |
| | OFFLINE ROUGH - RED OAK | - | $ (4,626.40) |
| | Reconciliation | 11,232,883.47 | $23,268,788.72 |
| | | - | $ - |

**Liquidation Plan Needed:**

| | | |
|---|---|---|
| Rough | | $ 1,834,202 |
| WIP | | $ 4,631,565 |
| FG | | $ 5,053,119 |
| | | $ 11,518,885 |

**Total Inventory**

| | | |
|---|---|---|
| Rough | | $ 3,907,023 |
| WIP | | $ 7,388,726 |
| FG | | $ 11,973,040 |
| | | $ 23,268,789 |

| | | |
|---|---|---|
| LOGS | | $ (169,028.00) |
| VMI | (225,679.00) | $ (499,612.17) |
| Difference to BBR prior to STD Cost Cat Adj | | $(1,201,781.18) |
| Current Difference to BBR | | $ (598,229.92) |

**WEABER, INC**

**LIQUIDATION BUDGET**

**29-Jul-25**

**WEABER, INC**
**LIQUIDATION BUDGET AND ACTION PLAN**
**LIQUIDATION BUDGET**

Forecast as of 7/29/2025

| $ in Thousands | CONSOL / Weeks 1 - 13 Forecast | | | | | | | | | | | | | Week 1 - 13 Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Flow Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Beginning | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | |
| Week Ending | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | |
| **WEABER LUMBER, INC.** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| Trade | 1,025 | 1,140 | 1,178 | 1,097 | 1,031 | 977 | 3,870 | 2,604 | 751 | 824 | 438 | 380 | 330 | 15,647 |
| M&E Sale(s)** | - | - | - | - | - | - | 1,079 | - | - | 697 | 1,294 | 1,468 | - | 4,539 |
| Real Estate Sale** | - | - | - | - | - | - | - | - | - | - | - | - | 15,300 | 15,300 |
| **Total Receipts** | 1,025 | 1,140 | 1,178 | 1,097 | 1,031 | 977 | 4,949 | 2,604 | 751 | 1,521 | 1,733 | 1,849 | 15,630 | 35,486 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Labor - Wages, Taxes, T&E | (408) | (408) | (386) | (386) | (386) | (397) | (84) | (84) | (84) | (84) | (84) | (84) | (84) | (2,957) |
| Benefits & Insurance | (43) | (43) | (41) | (41) | (41) | (42) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (328) |
| Payroll & Benefits | (452) | (452) | (427) | (427) | (427) | (439) | (95) | (95) | (95) | (95) | (95) | (95) | (95) | (3,285) |
| _Trade Accounts Payable_ | | | | | | | | | | | | | | |
| Logs | | | | | | | | | | | | | | - |
| Lumber | | | | | | | | | | | | | | - |
| 3PL Fees | (140) | (169) | - | - | (170) | - | - | (330) | - | - | - | - | - | (809) |
| Shop Supplies | (18) | (16) | (11) | (11) | (11) | (11) | (52) | (34) | (7) | (5) | - | - | - | (177) |
| Repairs & Maintenance | (44) | (120) | (32) | (48) | (48) | (74) | (24) | (24) | (12) | (37) | - | - | - | (461) |
| Fuel & Lubricants | (26) | (23) | (16) | (16) | (16) | (16) | (75) | (48) | (10) | (4) | - | - | - | (251) |
| Trucking | (30) | (27) | (19) | (19) | (19) | (19) | (87) | (56) | (12) | (8) | - | - | - | (296) |
| Facilities (Rent, Utilities, Taxes) | (52) | (135) | (1) | (24) | (19) | (26) | (5) | (24) | (19) | (26) | - | - | - | (330) |
| Insurance - P&C | (249) | - | - | (254) | (27) | - | (137) | (37) | - | - | - | - | - | (703) |
| _Subtotal_ | (558) | (491) | (79) | (372) | (310) | (146) | (379) | (553) | (60) | (80) | - | - | - | (3,027) |
| Other Trade AP | (32) | (24) | (22) | (22) | (67) | (22) | (229) | (179) | (42) | (22) | (22) | (22) | (22) | (727) |
| _Total Trade Accounts Payable_ | (590) | (515) | (101) | (394) | (377) | (168) | (608) | (732) | (102) | (102) | (22) | (22) | (22) | (3,754) |
| **Total Operating Disbursements** | (1,042) | (966) | (528) | (821) | (804) | (606) | (703) | (826) | (196) | (196) | (117) | (117) | (117) | (7,039) |
| **Operating Cash Flows** | $ (17) | $ 173 | $ 650 | $ 276 | $ 227 | $ 371 | $ 4,247 | $ 1,778 | $ 555 | $ 1,325 | $ 1,616 | $ 1,732 | $ 15,513 | $ 28,446 |
| **Non-Operating Items** | | | | | | | | | | | | | | |
| Bank & Finance | (118) | (2) | (365) | (2) | (118) | (2) | (2) | (2) | (118) | (2) | (2) | (2) | (2) | (732) |
| Capital | (23) | (23) | (23) | (23) | (23) | (23) | (23) | - | - | - | - | - | - | (159) |
| Taxes | | | | | | | | | | | | | | - |
| **Total Non-Operating Disbursements** | (141) | (24) | (387) | (24) | (141) | (24) | (24) | (2) | (118) | (2) | (2) | (2) | (2) | (892) |
| **Net Cash Flow** | $ (158) | $ 149 | $ 263 | $ 252 | $ 86 | $ 347 | $ 4,223 | $ 1,777 | $ 437 | $ 1,323 | $ 1,614 | $ 1,730 | $ 15,512 | $ 27,555 |
| _Total Disbursements (Oper. + Non-Oper.)_ | $ (1,183) | $ (991) | $ (915) | $ (846) | $ (945) | $ (630) | $ (727) | $ (828) | $ (314) | $ (198) | $ (118) | $ (118) | $ (118) | $ (7,931) |
| **CONSOLIDATED CASH ROLLFORWARD** | | | | | | | | | | | | | | |
| [A] **Ending BOOK Operating Account** | $ (167) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,325 | $ 3,325 |
| (+) Float | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 |
| **Ending BANK Operating Account** | 25 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 192 | 3,517 | 3,517 |
| **LOC Balance** | | | | | | | | | | | | | | |
| Beginning Balance | $ 23,940 | $ 24,220 | $ 24,238 | $ 23,975 | $ 23,723 | $ 23,637 | $ 23,291 | $ 19,068 | $ 17,292 | $ 16,855 | $ 15,532 | $ 13,917 | $ 12,187 | $ 23,940 |
| (+) Borrowings | 280 | 18 | - | - | - | - | - | - | - | - | - | - | - | 298 |
| (-) Paydowns | - | - | (263) | (252) | (86) | (347) | (4,223) | (1,777) | (437) | (1,323) | (1,614) | (1,730) | (12,187) | (24,238) |
| (+/-) Adjustments | | | | | | | | | | | | | | |
| **Ending LOC Balance** | $ 24,220 | $ 24,238 | $ 23,975 | $ 23,723 | $ 23,637 | $ 23,291 | $ 19,068 | $ 17,292 | $ 16,855 | $ 15,532 | $ 13,917 | $ 12,187 | $ - | $ - |
| [B] **Excess Availability** | $ 51 | $ (579) | $ (1,223) | $ (1,960) | $ (2,711) | $ (2,917) | $ (2,917) | $ (1,851) | $ (2,552) | $ (2,601) | $ (1,910) | $ (643) | $ 786 | $ 12,711 |
| [A + B] **Total Cash Availability (incl. Float)** | $ (116) | $ (579) | $ (1,223) | $ (1,960) | $ (2,711) | $ (2,917) | | $ (1,851) | $ (2,552) | $ (2,601) | $ (1,910) | $ (643) | $ 786 | $ 16,036 |
| **Total Cash Availability (before Float)** | $ 76 | $ (388) | $ (1,031) | $ (1,768) | $ (2,520) | $ (2,725) | | $ (1,659) | $ (2,360) | $ (2,409) | $ (1,719) | $ (451) | $ 978 | $ 16,228 |

** M&E and Real Estate sale timing and amounts to be determined; Real Estate sale assumed GOLV (90% of appraised value); M&E sale assumed OLV of residual asset pool

| | | CONSOL | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in Thousands | | | | | | | | Weeks 1 - 13 Forecast | | | | | | | |
| Cash Flow Week | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Week 1 - 13 |
| Week Beginning | | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | Forecast |
| Week Ending | | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | Total |

**BORROWING BASE**

**[A] ACCOUNTS RECEIVABLE**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 6,700 | $ 6,834 | $ 6,732 | $ 6,270 | $ 5,892 | $ 5,583 | $ 5,310 | $ 4,760 | $ 4,294 | $ 3,984 | $ 3,444 | $ 2,988 | $ 2,592 | $ 6,700 |
| (+) Sales | 1,200 | 1,084 | 763 | 763 | 763 | 743 | 3,475 | 2,243 | 471 | 317 | - | - | - | 11,822 |
| (-) Receipts | (1,025) | (1,140) | (1,178) | (1,097) | (1,031) | (977) | (3,870) | (2,604) | (751) | (824) | (438) | (380) | (330) | (15,647) |
| (+/-) Adjustments & Unapplied Cash | (41) | (46) | (47) | (44) | (41) | (39) | (155) | (104) | (30) | (33) | (18) | (15) | (13) | (626) |
| Ending AR Balance | $ 6,834 | $ 6,732 | $ 6,270 | $ 5,892 | $ 5,583 | $ 5,310 | $ 4,760 | $ 4,294 | $ 3,984 | $ 3,444 | $ 2,988 | $ 2,592 | $ 2,249 | $ 2,249 |
| Ineligibles | (964) | (949) | (884) | (831) | (787) | (749) | (671) | (605) | (562) | (486) | (421) | (366) | (317) | |
| Eligible AR | $ 5,870 | $ 5,783 | $ 5,386 | $ 5,061 | $ 4,796 | $ 4,561 | $ 4,089 | $ 3,688 | $ 3,422 | $ 2,958 | $ 2,567 | $ 2,227 | $ 1,932 | |
| Advance Rate | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | |
| Receivables Collateral Advance | $ 5,208 | $ 5,130 | $ 4,778 | $ 4,490 | $ 4,254 | $ 4,046 | $ 3,627 | $ 3,272 | $ 3,036 | $ 2,624 | $ 2,277 | $ 1,976 | $ 1,714 | |

**[B] INVENTORY**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 23,345 | $ 22,617 | $ 21,597 | $ 20,578 | $ 19,309 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | $ 23,345 |
| (+) Purchases | 500 | 250 | 250 | - | - | - | - | - | - | - | - | - | - | 1,000 |
| (-) Shipments / Adjustments | (1,228) | (1,269) | (1,269) | (1,269) | (1,165) | (639) | (6,365) | (4,889) | (405) | (392) | - | - | - | (18,891) |
| Gross Inventory | $ 22,617 | $ 21,597 | $ 20,578 | $ 19,309 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | $ 5,454 | $ 5,454 |
| Ineligibles | (134) | (134) | (134) | (134) | - | - | - | - | - | - | - | - | - | |
| Eligible Inventory | $ 22,483 | $ 21,463 | $ 20,444 | $ 19,175 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | $ 5,454 | |
| Advance Rate | 47.9% | 47.7% | 47.4% | 46.9% | 46.2% | 45.9% | 47.6% | 50.8% | 50.1% | 49.6% | 49.6% | 49.6% | 49.6% | |
| Inventory Collateral Advance | $ 10,774 | $ 10,239 | $ 9,685 | $ 8,984 | $ 8,382 | $ 8,038 | $ 5,301 | $ 3,178 | $ 2,929 | $ 2,707 | $ 2,707 | $ 2,707 | $ 2,707 | |
| Lesser of: | | | | | | | | | | | | | | |
| [i] NOLV Eligible | $ 10,774 | $ 10,239 | $ 9,685 | $ 8,984 | $ 8,382 | $ 8,038 | $ 5,301 | $ 3,178 | $ 2,929 | $ 2,707 | $ 2,707 | $ 2,707 | $ 2,707 | |
| [ii] Cost Eligible | $ 14,555 | $ 13,892 | $ 13,230 | $ 12,405 | $ 11,735 | $ 11,320 | $ 7,182 | $ 4,004 | $ 3,741 | $ 3,486 | $ 3,486 | $ 3,486 | $ 3,486 | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receivables Collateral Advance | $ 5,208 | $ 5,130 | $ 4,778 | $ 4,490 | $ 4,254 | $ 4,046 | $ 3,627 | $ 3,272 | $ 3,036 | $ 2,624 | $ 2,277 | $ 1,976 | $ 1,714 |
| Inventory Collateral Advance | $ 10,774 | $ 10,239 | $ 9,685 | $ 8,984 | $ 8,382 | $ 8,038 | $ 5,301 | $ 3,178 | $ 2,929 | $ 2,707 | $ 2,707 | $ 2,707 | $ 2,707 |
| TOTAL Collateral Value | $ 15,982 | $ 15,369 | $ 14,463 | $ 13,474 | $ 12,636 | $ 12,084 | $ 8,928 | $ 6,450 | $ 5,965 | $ 5,332 | $ 4,984 | $ 4,683 | $ 4,421 |
| Contract Mill AP Reserve | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) |
| Permitted Over Advance | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 | 9,600 |
| Reserves | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 | 9,580 |
| NET Collateral Availability | $ 25,561 | $ 24,949 | $ 24,042 | $ 23,053 | $ 22,216 | $ 21,664 | $ 18,508 | $ 16,030 | $ 15,544 | $ 14,911 | $ 14,564 | $ 14,262 | $ 14,001 |
| Line Commitment | $28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 | $ 28,000 |
| Maximum Borrowing Limit | $ 25,561 | $ 24,949 | $ 24,042 | $ 23,053 | $ 22,216 | $ 21,664 | $ 18,508 | $ 16,030 | $ 15,544 | $ 14,911 | $ 14,564 | $ 14,262 | $ 14,001 |
| (-) Loan Balance | (24,220) | (24,238) | (23,975) | (23,723) | (23,637) | (23,291) | (19,068) | (17,292) | (16,855) | (15,532) | (13,917) | (12,187) | - |
| L/Cs Documentary | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) |
| Availability Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| P-Card Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Reserve - Insurance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 13th Credit Amendment - Tax Refund Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (-) Other Reserves | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) | (1,290) |
| Excess Availability | $ 51 | $ (579) | $ (1,223) | $ (1,960) | $ (2,711) | $ (2,917) | $ (1,851) | $ (2,552) | $ (2,601) | $ (1,910) | $ (643) | $ 786 | $ 12,711 |

| | CONSOL | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ in Thousands | Weeks 1 - 13 Forecast | | | | | | | | | | | | | |
| **Cash Flow Week** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Week 1 - 13 |
| Week Beginning | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | Forecast |
| Week Ending | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | Total |
| **CASH COLLECTION ACTIVITY** | | | | | | | | | | | | | | |
| Receipts | | | | | | | | | | | | | | |
| Trade | 1,025 | 1,140 | 1,178 | 1,097 | 1,031 | 977 | 3,870 | 2,604 | 751 | 824 | 438 | 380 | 330 | 15,647 |
| Real Estate Sale** | - | - | - | - | - | - | - | - | - | - | - | - | 15,300 | 15,300 |
| **Total Receipts** | 1,025 | 1,140 | 1,178 | 1,097 | 1,031 | 977 | 3,870 | 2,604 | 751 | 824 | 438 | 380 | 15,630 | 30,947 |
| **SALES PLAN** | | | | | | | | | | | | | | |
| **[A] ACCOUNTS RECEIVABLE** | | | | | | | | | | | | | | |
| Beginning Balance | $ 6,700 | $ 6,834 | $ 6,732 | $ 6,270 | $ 5,892 | $ 5,583 | $ 5,310 | $ 4,760 | $ 4,294 | $ 3,984 | $ 3,444 | $ 2,988 | $ 2,592 | $ 6,700 |
| (+) Sales | 1,200 | 1,084 | 763 | 763 | 763 | 743 | 3,475 | 2,243 | 471 | 317 | - | - | - | 11,822 |
| (+) Receipts | (1,025) | (1,140) | (1,178) | (1,097) | (1,031) | (977) | (3,870) | (2,604) | (751) | (824) | (438) | (380) | (330) | (15,647) |
| (+/-) Adjustments & Unapplied Cash | (41) | (46) | (47) | (44) | (41) | (39) | (155) | (104) | (30) | (33) | (18) | (15) | (13) | (626) |
| **Ending AR Balance** | $ 6,834 | $ 6,732 | $ 6,270 | $ 5,892 | $ 5,583 | $ 5,310 | $ 4,760 | $ 4,294 | $ 3,984 | $ 3,444 | $ 2,988 | $ 2,592 | $ 2,249 | 2,249 |
| Ineligibles | (964) | (949) | (884) | (831) | (787) | (749) | (671) | (605) | (562) | (486) | (421) | (366) | (317) | |
| **Eligible AR** | $ 5,870 | $ 5,783 | $ 5,386 | $ 5,061 | $ 4,796 | $ 4,561 | $ 4,089 | $ 3,688 | $ 3,422 | $ 2,958 | $ 2,567 | $ 2,227 | $ 1,932 | |
| Advance Rate | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | 88.7% | |
| **Receivables Collateral Advance** | $ 5,208 | $ 5,130 | $ 4,778 | $ 4,490 | $ 4,254 | $ 4,046 | $ 3,627 | $ 3,272 | $ 3,036 | $ 2,624 | $ 2,277 | $ 1,976 | $ 1,714 | |
| **[B] INVENTORY** | | | | | | | | | | | | | | |
| Beginning Balance | $ 23,345 | $ 22,617 | $ 21,597 | $ 20,578 | $ 19,309 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | 23,345 |
| (+) Purchases | 500 | 250 | 250 | - | - | - | - | - | - | - | - | - | - | 1,000 |
| (-) Shipments / Adjustments | (1,228) | (1,269) | (1,269) | (1,269) | (1,165) | (639) | (6,365) | (4,889) | (405) | (392) | - | - | - | (18,891) |
| Gross Inventory | 22,617 | 21,597 | 20,578 | 19,309 | 18,144 | 17,506 | 11,140 | 6,251 | 5,846 | 5,454 | 5,454 | 5,454 | 5,454 | 5,454 |
| Ineligibles | (134) | (134) | (134) | (134) | - | - | - | - | - | - | - | - | - | |
| **Eligible Inventory** | $ 22,483 | $ 21,463 | $ 20,444 | $ 19,175 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | $ 5,454 | |
| Advance Rate | 47.9% | 47.7% | 47.4% | 46.9% | 46.2% | 45.9% | 47.6% | 50.8% | 50.1% | 49.6% | 49.6% | 49.6% | 49.6% | |
| **Inventory Collateral Advance** | $ 10,774 | $ 10,239 | $ 9,685 | $ 8,984 | $ 8,382 | $ 8,038 | $ 5,301 | $ 3,178 | $ 2,929 | $ 2,707 | $ 2,707 | $ 2,707 | $ 2,707 | |
| *Lesser of:* | | | | | | | | | | | | | | |
| [i] NOLV Eligible | $ 10,774 | $ 10,239 | $ 9,685 | $ 8,984 | $ 8,382 | $ 8,038 | $ 5,301 | $ 3,178 | $ 2,929 | $ 2,707 | $ 2,707 | $ 2,707 | $ 2,707 | |
| [ii] Cost Eligible | 14,555 | 13,892 | 13,230 | 12,405 | 11,735 | 11,320 | 7,182 | 4,004 | 3,741 | 3,486 | 3,486 | 3,486 | 3,486 | |
| Receivables Collateral Advance | 5,208 | 5,130 | 4,778 | 4,490 | 4,254 | 4,046 | 3,627 | 3,272 | 3,036 | 2,624 | 2,277 | 1,976 | 1,714 | |
| Inventory Collateral Advance | 10,774 | 10,239 | 9,685 | 8,984 | 8,382 | 8,038 | 5,301 | 3,178 | 2,929 | 2,707 | 2,707 | 2,707 | 2,707 | |
| **TOTAL Collateral Value** | $ 15,982 | $ 15,369 | $ 14,463 | $ 13,474 | $ 12,636 | $ 12,084 | $ 8,928 | $ 6,450 | $ 5,965 | $ 5,332 | $ 4,984 | $ 4,683 | $ 4,421 | |
| **Weekly Cash Receipts Build-Up** | | | | | | | | | | | | | | |
| Cash Receipts (Ordinary Course) | 1,025 | 1,140 | 1,178 | 1,097 | 1,031 | 977 | 929 | 833 | 751 | 507 | 438 | 380 | 330 | 10,618 |
| Inventory Liquidation Effort | - | - | - | - | - | - | 2,941 | 1,771 | - | 317 | - | - | - | 5,029 |
| **Weekly Cash Receipts** | $ 1,025 | $ 1,140 | $ 1,178 | $ 1,097 | $ 1,031 | $ 977 | $ 3,870 | $ 2,604 | $ 751 | $ 824 | $ 438 | $ 380 | $ 330 | $ 15,647 |
| **Weekly Sales Build-Up** | | | | | | | | | | | | | | |
| Sales (Ordinary Course) | 1,200 | 1,084 | 763 | 763 | 763 | 743 | 534 | 471 | 471 | - | - | - | - | 6,793 |
| Inventory Liquidation Sales Detail | - | - | - | - | - | - | 2,941 | 1,771 | - | 317 | - | - | - | 5,029 |
| **Weekly Sales** | $ 1,200 | $ 1,084 | $ 763 | $ 763 | $ 763 | $ 743 | $ 3,475 | $ 2,243 | $ 471 | $ 317 | $ - | $ - | $ - | $ 11,822 |
| **Weekly Inventory Shipments Build-Up** | | | | | | | | | | | | | | |
| Shipments (Ordinary Course) | (656) | (656) | (656) | (656) | (656) | (639) | (459) | (405) | (405) | - | - | - | - | (5,190) |
| Inventory Liquidation Effort | (572) | (613) | (613) | (613) | (508) | - | (5,906) | (4,484) | - | (392) | - | - | - | (13,701) |
| **Weekly Inventory Shipments** | $ (1,228) | $ (1,269) | $ (1,269) | $ (1,269) | $ (1,165) | $ (639) | $ (6,365) | $ (4,889) | $ (405) | $ (392) | $ - | $ - | $ - | $ (18,891) |

| | $ in Thousands | CONSOL | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Weeks 1 - 13 Forecast | | | | | | | | | | | | | Week 1 - 13 |
| | Cash Flow Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| | Week Beginning | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | Forecast |
| | Week Ending | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | Total |

**($,000)** _INVENTORY DETAIL:_

**FINISHED GOODS**

| INV01 | Lebanon FG - Begin | $ 4,843 | $ 4,887 | $ 4,930 | $ 4,974 | $ 5,017 | $ 5,061 | $ 4,737 | $ 2,853 | $ 1,008 | $ 657 | $ 657 | $ 657 | $ 657 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (+) Conversion From WIP | 600 | 600 | 600 | 600 | 600 | 215 | 109 | 54 | | | | | | |
| | (-) GOLV Sale | - | - | - | - | - | - | (1,633) | (1,594) | - | - | - | - | - | |
| | (-) Shipments / Adjustments | (556) | (556) | (556) | (556) | (556) | (539) | (359) | (305) | (405) | - | - | - | - | |
| | _Lebanon FG - End_ | $ 4,887 | $ 4,930 | $ 4,974 | $ 5,017 | $ 5,061 | $ 4,737 | $ 2,853 | $ 1,008 | $ 657 | $ 657 | $ 657 | $ 657 | $ 657 | |
| INV10 | Lebanon Slow Moving - Begin | $ 4,221 | $ 4,121 | $ 4,021 | $ 3,921 | $ 3,821 | $ 3,721 | $ 3,621 | $ 1,888 | $ 194 | $ 194 | $ 194 | $ 194 | $ 194 | |
| | (+) Conversion From WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | (1,633) | (1,594) | - | - | - | - | - | |
| | (-) Shipments / Adjustments | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | - | - | - | - | - | |
| | _Lebanon Slow Moving - End_ | $ 4,121 | $ 4,021 | $ 3,921 | $ 3,821 | $ 3,721 | $ 3,621 | $ 1,888 | $ 194 | $ 194 | $ 194 | $ 194 | $ 194 | $ 194 | |
| INV06 | 3PL Warehouse - Begin | $ 2,919 | $ 2,347 | $ 1,734 | $ 1,121 | $ 508 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | (+) Conversion From WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) THD Shipments | (572) | (613) | (613) | (613) | (508) | - | - | - | - | - | - | - | - | 13% margin and 3PL Fee |
| | _3PL Warehouse - End_ | $ 2,347 | $ 1,734 | $ 1,121 | $ 508 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| INV11 | 3PL Warehouse Slow Mov - Begin | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | |
| | (+) Conversion From WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _3PL Warehouse Slow Mov - End_ | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | $ 21 | |
| INV08 | CW FG - Begin | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | |
| | (+) Conversion From WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _CW FG - End_ | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | $ 54 | |
| INV12 | CW Slow Moving - Begin | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | |
| | (+) Conversion From WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _CW Slow Moving - End_ | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | |
| | **FINISHED GOODS - Begin** | $ 12,174 | $ 11,545 | $ 10,876 | $ 10,207 | $ 9,537 | $ 8,972 | $ 8,548 | $ 4,932 | $ 1,393 | $ 1,042 | $ 1,042 | $ 1,042 | $ 1,042 | |
| | (+) Additions | 600 | 600 | 600 | 600 | 600 | 215 | 109 | 54 | 54 | | | | | |
| | (-) Shipments / Adjustments | (1,228) | (1,269) | (1,269) | (1,269) | (1,165) | (639) | (3,725) | (3,594) | (405) | - | - | - | - | |
| | **FINISHED GOODS - End** | $ 11,545 | $ 10,876 | $ 10,207 | $ 9,537 | $ 8,972 | $ 8,548 | $ 4,932 | $ 1,393 | $ 1,042 | $ 1,042 | $ 1,042 | $ 1,042 | $ 1,042 | |

**RAW**

| INV02 | Lebanon Log - Begin | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (+) Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _Lebanon Log - End_ | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | $ 119 | |
| INV07 | CW Raw - Begin | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | |
| | (+) Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _CW Raw - End_ | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | $ 34 | |
| | **RAW - Begin** | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | |
| | (+) Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | **RAW - End** | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | $ 153 | |

**LUMBER**

| INV03 | Lebanon Green - Begin | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (+) Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Conversion to WIP | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | _Lebanon Green - End_ | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| INV04 | Lebanon KD - Begin | $ 3,804 | $ 4,098 | $ 4,142 | $ 4,060 | $ 3,696 | $ 2,962 | $ 2,756 | $ 2,678 | $ 2,601 | $ 2,523 | $ 2,136 | $ 2,136 | $ 2,136 | |
| | (+) Additions | 500 | 250 | 250 | | | | | | | | | | | |
| | (-) Conversion to WIP | (206) | (206) | (331) | (364) | (734) | (206) | (77) | (77) | (77) | (387) | - | - | - | |
| | (-) Shipments / Adjustments | | | | | | | | | | | | | | |
| | _Lebanon KD - End_ | $ 4,098 | $ 4,142 | $ 4,060 | $ 3,696 | $ 2,962 | $ 2,756 | $ 2,678 | $ 2,601 | $ 2,523 | $ 2,136 | $ 2,136 | $ 2,136 | $ 2,136 | |

**WEABER, INC**
**LIQUIDATION BUDGET AND ACTION PLAN**
**DETAILED SALES AND COLLECTION PLAN**

*$ in Thousands*

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Weeks 1-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CONSOL / Weeks 1 - 13 Forecast** | | | | | | | | | | | | | | |
| | *Cash Flow Week* | | | | | | | | | | | | | | Week 1 - 13 |
| | *Week Beginning* | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | Forecast |
| | *Week Ending* | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | Total |
| | **LUMBER - Begin** | $ 3,804 | $ 4,098 | $ 4,142 | $ 4,060 | $ 3,696 | $ 2,962 | $ 2,756 | $ 2,678 | $ 2,601 | $ 2,523 | $ 2,136 | $ 2,136 | $ 2,136 | |
| | (+) Additions | 500 | 250 | 250 | - | - | - | - | - | - | - | - | - | - | |
| | (-) Conversion to WIP | (206) | (206) | (331) | (364) | (734) | (206) | (77) | (77) | (77) | - | - | - | - | |
| | (-) Shipments / Adjustments | - | - | - | - | - | - | - | - | - | (387) | - | - | - | |
| | *LUMBER - End* | $ 4,098 | $ 4,142 | $ 4,060 | $ 3,696 | $ 2,962 | $ 2,756 | $ 2,678 | $ 2,601 | $ 2,523 | $ 2,136 | $ 2,136 | $ 2,136 | $ 2,136 | |
| | **WIP** | | | | | | | | | | | | | | |
| INV05 | **Lebanon WIP - Begin** | $ 6,821 | $ 6,427 | $ 6,033 | $ 5,765 | $ 5,530 | $ 5,664 | $ 5,655 | $ 2,984 | $ 1,711 | $ 1,734 | $ 1,730 | $ 1,730 | $ 1,730 | |
| | (+) Additions | 206 | 206 | 331 | 364 | 734 | 206 | 77 | 77 | 77 | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | (2,641) | (1,296) | - | - | - | - | - | |
| | (-) Conversion To FG | (600) | (600) | (600) | (600) | (600) | (215) | (109) | (54) | (54) | - | - | - | - | |
| | *Lebanon WIP - End* | $ 6,427 | $ 6,033 | $ 5,765 | $ 5,530 | $ 5,664 | $ 5,655 | $ 2,984 | $ 1,711 | $ 1,734 | $ 1,730 | $ 1,730 | $ 1,730 | $ 1,730 | |
| INV01 | **CW WIP - Begin** | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | |
| | (+) Additions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) GOLV Sale | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | (-) Conversion To FG | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | *CW WIP - End* | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | $ 394 | |
| | **WIP - Begin** | $ 7,215 | $ 6,821 | $ 6,427 | $ 6,159 | $ 5,923 | $ 6,058 | $ 6,049 | $ 3,377 | $ 2,105 | $ 2,128 | $ 2,124 | $ 2,124 | $ 2,124 | |
| | (+) Additions | 206 | 206 | 331 | 364 | 734 | 206 | 77 | 77 | 77 | - | - | - | - | |
| | (-) Shipments / Adjustments | (600) | (600) | (600) | (600) | (600) | (215) | (2,749) | (1,350) | (54) | (5) | - | - | - | |
| | *WIP - End* | $ 6,821 | $ 6,427 | $ 6,159 | $ 5,923 | $ 6,058 | $ 6,049 | $ 3,377 | $ 2,105 | $ 2,128 | $ 2,124 | $ 2,124 | $ 2,124 | $ 2,124 | |
| | **TOTAL Inventory - Begin** | $ 23,345 | $ 22,617 | $ 21,597 | $ 20,578 | $ 19,309 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | |
| | (+) Additions | 1,306 | 1,056 | 1,181 | 964 | 1,334 | 421 | 186 | 132 | 132 | - | - | - | - | |
| | (-) Shipments / Adjustments | (2,034) | (2,075) | (2,200) | (2,233) | (2,498) | (1,060) | (6,551) | (5,021) | (537) | (392) | - | - | - | |
| | **TOTAL Inventory - End** | $ 22,617 | $ 21,597 | $ 20,578 | $ 19,309 | $ 18,144 | $ 17,506 | $ 11,140 | $ 6,251 | $ 5,846 | $ 5,454 | $ 5,454 | $ 5,454 | $ 5,454 | |

| | INV, AT COST | | | PROJ. GOLV | | LIQ. EXP. | | PROJ. NOLV | |
|---|---|---|---|---|---|---|---|---|---|
| HILCO APRIL 2025 SUMMARY | Gross $ | Ineligible $ | Eligible $ | Total $ | % of Cost | Total $ | % of GOLV | Total $ | % of Cost |
| **Finished Goods (Weaber)** | | | | | | | | | |
| On-Hand | 1,899 | - | 1,899 | 1,666 | 87.7% | 296 | 15.6% | 1,370 | 72.1% |
| Slow Moving/Excess | 6,552 | | 6,552 | 2,323 | 35.5% | 413 | 6.3% | 1,910 | 29.2% |
| **Total FG (Weaber)** | 8,451 | - | 8,451 | 3,989 | 47.2% | 709 | 8.4% | 3,280 | 38.8% |
| | | | | | | | | | |
| **Lumber (Weaber)** | | | | | | | | | |
| Green | 1,071 | - | 1,071 | 662 | 61.8% | 118 | 11.0% | 544 | 50.8% |
| Kiln Dried | 4,388 | - | 4,388 | 3,561 | 81.2% | 633 | 14.4% | 2,928 | 66.7% |
| **Lumber (Weaber** | 5,459 | - | 5,459 | 4,223 | 77.4% | 751 | 13.8% | 3,472 | 63.6% |
| | | | | | | | | | |
| WIP Weaber | 7,149 | - | 7,149 | 4,252 | 59.5% | 756 | 10.6% | 3,496 | 48.9% |
| Raw Materials Weabe | 990 | - | 990 | 670 | 67.7% | 119 | 12.0% | 551 | 55.7% |
| **Total Weaber** | 22,049 | - | 22,049 | 13,134 | 59.6% | 2,335 | 10.6% | 4,047 | 18.4% |
| | | | | | | | | | |
| **Finished Goods (Choicewood)** | | | | | | | | | |
| On-Hand | 198 | - | 198 | 212 | 107.1% | 38 | 19.2% | 174 | 87.9% |
| Slow Moving/Excess | 473 | | 473 | 219 | 46.3% | 39 | 8.2% | 180 | 38.1% |
| **Total FG (Choicewood** | 671 | - | 671 | 431 | 64.2% | 77 | 11.5% | 354 | 52.8% |
| | | | | | | | | | |
| WIP Choicewood | 966 | - | 966 | 81 | 8.4% | 110 | 11.4% | (29) | -3.0% |
| Raw Materials Choicev | 124 | - | 124 | 618 | 498.4% | 14 | 11.3% | 604 | 487.1% |
| **Total Choicewood** | 1,761 | - | 1,761 | 1,130 | 64.2% | 201 | 11.4% | 575 | 32.7% |
| | | | | | | | | | |
| **3PL** | | | | | | | | | |
| On-Hand | 2,375 | - | 2,375 | 3,266 | 137.5% | 580 | 24.4% | 2,686 | 113.1% |
| Slow Moving/Excess | 4 | - | 4 | 2 | 50.0% | 2 | 50.0% | - | 0.0% |
| **Total 3PL** | 2,379 | - | 2,379 | 3,268 | 137.4% | 582 | 24.5% | 2,686 | 112.9% |
| | | | | | | | | | |
| | | | | | | | | | |
| **On-Hand FG** | 4,472 | - | 4,472 | 5,144 | 115.0% | 914 | 20.4% | 4,230 | 94.6% |
| **Slow Moving/Excess F** | 7,029 | - | 7,029 | 2,544 | 36.2% | 454 | 6.5% | 2,090 | 29.7% |
| **Lumber** | 5,459 | - | 5,459 | 4,223 | 77.4% | 751 | 13.8% | 3,472 | 63.6% |
| **WIP** | 8,115 | - | 8,115 | 4,333 | 53.4% | 866 | 10.7% | 3,467 | 42.7% |
| **Raw** | 1,114 | - | 1,114 | 1,288 | 115.6% | 133 | 11.9% | 1,155 | 103.7% |
| | **26,189** | **-** | **26,189** | **17,532** | **66.9%** | **3,118** | **11.9%** | **14,414** | **55.0%** |

**WEABER, INC**

**PAYROLL SUMMARY**

**29-Jul-25**

**WEABER, INC**
**LIQUIDATION BUDGET AND ACTION PLAN**
**PAYROLL PLAN**

| | | | | | | CONSOL | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Weeks 1 - Forecast | | | | | | | | | | |
| | | *Cash Flow Week* | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Week 1 - 13 |
| | | *Week Beginning* | | | 07/27/25 | 08/03/25 | 08/10/25 | 08/17/25 | 08/24/25 | 08/31/25 | 09/07/25 | 09/14/25 | 09/21/25 | 09/28/25 | 10/05/25 | 10/12/25 | 10/19/25 | Forecast |
| | | *Week Ending* | | | 08/02/25 | 08/09/25 | 08/16/25 | 08/23/25 | 08/30/25 | 09/06/25 | 09/13/25 | 09/20/25 | 09/27/25 | 10/04/25 | 10/11/25 | 10/18/25 | 10/25/25 | Total |

| Location | Area Within Company | # EE's | Period Blended Gross | Period Gross / EE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lebanon | Distribution Center - Indirect | 9 | $ 7,434 | $ 826 | 7,434 | 7,434 | 7,434 | 7,434 | 7,434 | 7,434 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 75,831 |
| Lebanon | Distribution Center - Secondary | 9 | $ 5,636 | $ 626 | 5,636 | 5,636 | 5,636 | 5,636 | 5,636 | 5,636 | - | - | - | - | - | - | - | 33,816 |
| Lebanon | Maintenance Leb - Indirect | 33 | $ 46,107 | $ 1,397 | 46,107 | 46,107 | 46,107 | 46,107 | 46,107 | 46,107 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 335,324 |
| Lebanon | Maintenance Leb - Indirect | - | $ - | $ - | | | | | | | | | | | | | | |
| Lebanon | Office - Admin | 30 | $ 47,718 | $ 1,591 | 47,718 | 47,718 | 38,174 | 38,174 | 38,174 | 38,174 | 16,224 | 16,224 | 16,224 | 16,224 | 16,224 | 16,224 | 16,224 | 361,699 |
| Lebanon | Primary  Forestry - Primary | 6 | $ 7,847 | $ 1,308 | 7,847 | 7,847 | 7,847 | 7,847 | 7,847 | 7,847 | - | - | - | - | - | - | - | 47,084 |
| Lebanon | Primary - Kilns - Primary | 22 | $ 19,836 | $ 902 | 19,836 | 19,836 | 19,836 | 19,836 | 19,836 | 19,836 | - | - | - | - | - | - | - | 119,019 |
| Lebanon | Primary - Sawmill - Primary | 36 | $ 42,761 | $ 1,188 | 42,761 | 42,761 | 29,695 | 29,695 | 29,695 | 29,695 | - | - | - | - | - | - | - | 204,301 |
| Lebanon | Primary Logs - Primary | 7 | $ 7,485 | $ 1,069 | 7,485 | 7,485 | 7,485 | 7,485 | 7,485 | 7,485 | - | - | - | - | - | - | - | 44,907 |
| Lebanon | Production Byproducts - Primary | 3 | $ 3,377 | $ 1,126 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | - | - | - | - | - | - | - | 20,261 |
| Lebanon | Sales - Sales | 5 | $ 8,050 | $ 1,610 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 104,647 |
| Lebanon | Secondary Leb - Secondary | 136 | $ 130,003 | $ 956 | 130,003 | 130,003 | 130,003 | 130,003 | 130,003 | 130,003 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 893,772 |
| Lebanon | Secondary Titusville - Secondary | - | $ - | $ - | | | | | | | | | | | | | | |
| Lebanon | Trucking - Indirect | 8 | $ 10,035 | $ 1,254 | 10,035 | 10,035 | 10,035 | 10,035 | 10,035 | 10,035 | - | - | - | - | - | - | - | 60,210 |
| Lebanon | Trucking FG - Indirect | 4 | $ 5,013 | $ 1,253 | 5,013 | 5,013 | 5,013 | 5,013 | 5,013 | 5,013 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 56,395 |
| **[A]** | **Total - Lebanon** | **308** | **$ 341,302** | **$ 15,106** | **$ 341,302** | **$ 341,302** | **$ 318,692** | **$ 318,692** | **$ 318,692** | **$ 318,692** | **$ 57,128** | **$ 57,128** | **$ 57,128** | **$ 57,128** | **$ 57,128** | **$ 57,128** | **$ 57,128** | **$2,357,266** |

| Location | Area Within Company | # EE's | Period Blended Gross | Period Gross / EE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Titusville | Distribution Center - Indirect | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Distribution Center - Secondary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Maintenance Leb - Indirect | - | $ - | $ - | | | | | | | | | | | | | | |
| Titusville | Maintenance Titusville - Indirect | 1 | $ 1,097 | $ 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 14,259 |
| Titusville | Office - Admin | 5 | $ 24,666 | $ 4,933 | 24,666 | 24,666 | 24,666 | 24,666 | 24,666 | 24,666 | 14,799 | 14,799 | 14,799 | 14,799 | 14,799 | 14,799 | 14,799 | 251,591 |
| Titusville | Primary  Forestry - Primary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Primary - Kilns - Primary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Primary - Sawmill - Primary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Primary Logs - Primary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Production Byproducts - Primary | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Sales - Sales | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Secondary Leb - Secondary | - | $ - | $ - | | | | | | | | | | | | | | |
| Titusville | Secondary Titusville - Secondary | 58 | $ 41,415 | $ 714 | 41,415 | 41,415 | 41,415 | 41,415 | 41,415 | 41,415 | - | - | - | - | - | - | - | 248,488 |
| Titusville | Trucking - Indirect | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Titusville | Trucking FG - Indirect | - | $ - | $ - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **[B]** | **Total - Titusville** | **64** | **$ 67,177** | **$ 6,744** | **$ 67,177** | **$ 67,177** | **$ 67,177** | **$ 67,177** | **$ 67,177** | **$ 67,177** | **$ 15,896** | **$ 15,896** | **$ 15,896** | **$ 15,896** | **$ 15,896** | **$ 15,896** | **$ 15,896** | **$ 514,338** |

| Area Within Company | # EE's | Period Blended Gross | Period Gross / EE | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Distribution Center - Indirect | 9 | $ 7,434 | $ 826 | 7,434 | 7,434 | 7,434 | 7,434 | 7,434 | 7,434 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 4,461 | 75,831 |
| Distribution Center - Secondary | 9 | $ 5,636 | $ 626 | 5,636 | 5,636 | 5,636 | 5,636 | 5,636 | 5,636 | - | - | - | - | - | - | - | 33,816 |
| Maintenance Leb - Indirect | 33 | $ 46,107 | $ 1,397 | 46,107 | 46,107 | 46,107 | 46,107 | 46,107 | 46,107 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 8,383 | 335,324 |
| Maintenance Titusville - Indirect | 1 | $ 1,097 | $ 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 1,097 | 14,259 |
| Office - Admin | 35 | $ 72,383 | $ 2,068 | 72,383 | 72,383 | 62,840 | 62,840 | 62,840 | 62,840 | 31,023 | 31,023 | 31,023 | 31,023 | 31,023 | 31,023 | 31,023 | 613,290 |
| Primary  Forestry - Primary | 6 | $ 7,847 | $ 1,308 | 7,847 | 7,847 | 7,847 | 7,847 | 7,847 | 7,847 | - | - | - | - | - | - | - | 47,084 |
| Primary - Kilns - Primary | 22 | $ 19,836 | $ 902 | 19,836 | 19,836 | 19,836 | 19,836 | 19,836 | 19,836 | - | - | - | - | - | - | - | 119,019 |
| Primary - Sawmill - Primary | 36 | $ 42,761 | $ 1,188 | 42,761 | 42,761 | 29,695 | 29,695 | 29,695 | 29,695 | - | - | - | - | - | - | - | 204,301 |
| Primary Logs - Primary | 7 | $ 7,485 | $ 1,069 | 7,485 | 7,485 | 7,485 | 7,485 | 7,485 | 7,485 | - | - | - | - | - | - | - | 44,907 |
| Production Byproducts - Primary | 3 | $ 3,377 | $ 1,126 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | 3,377 | - | - | - | - | - | - | - | 20,261 |
| Sales - Sales | 5 | $ 8,050 | $ 1,610 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 8,050 | 104,647 |
| Secondary Leb - Secondary | 136 | $ 130,003 | $ 956 | 130,003 | 130,003 | 130,003 | 130,003 | 130,003 | 130,003 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 16,250 | 893,772 |
| Secondary Titusville - Secondary | 58 | $ 41,415 | $ 714 | 41,415 | 41,415 | 41,415 | 41,415 | 41,415 | 41,415 | - | - | - | - | - | - | - | 248,488 |
| Trucking - Indirect | 8 | $ 10,035 | $ 1,254 | 10,035 | 10,035 | 10,035 | 10,035 | 10,035 | 10,035 | - | - | - | - | - | - | - | 60,210 |
| Trucking FG - Indirect | 4 | $ 5,013 | $ 1,253 | 5,013 | 5,013 | 5,013 | 5,013 | 5,013 | 5,013 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 3,760 | 56,395 |
| 2COM Pop Conversion PR Expense * | | | | | | | | | | 10,656 | 10,656 | 10,656 | 10,656 | 10,656 | 10,656 | 10,656 | 85,247 |
| **Total Gross Payroll** | **372** | **$ 408,479** | **$ 17,394** | **$ 408,479** | **$ 408,479** | **$ 385,870** | **$ 385,870** | **$ 385,870** | **$ 396,526** | **$ 83,680** | **$ 83,680** | **$ 83,680** | **$ 83,680** | **$ 83,680** | **$ 83,680** | **$ 83,680** | **$2,956,850** |

**Benefits & Insurance**

| | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 401K | | | | 21,241 | 21,241 | 20,065 | 20,065 | 20,065 | 20,619 | 4,351 | 4,351 | 4,351 | 4,351 | 4,351 | 4,351 | 4,351 | 153,756 |
| Capital Blue Cross | | | | 18,382 | 18,382 | 17,364 | 17,364 | 17,364 | 17,844 | 3,766 | 3,766 | 3,766 | 3,766 | 3,766 | 3,766 | 3,766 | 133,058 |
| HealthEquity FSA | | | | 1,225 | 1,225 | 1,158 | 1,158 | 1,158 | 1,190 | 251 | 251 | 251 | 251 | 251 | 251 | 251 | 8,871 |
| Other / Cushion | | | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 |
| **Total Benefits & Insurance** | | | | **43,348** | **43,348** | **41,087** | **41,087** | **41,087** | **42,153** | **10,868** | **10,868** | **10,868** | **10,868** | **10,868** | **10,868** | **10,868** | **$ 328,185** |

*Company estimates approximately 16-weeks (45,000 BF / shift; 11 Employees at 40 hours / week) to prepare the 2COM Poplar inventory for 'bulk' sale (outside of projection window,