## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                        :        **CHAPTER 11**

                               :

**WEABER, INC.,**              :        **CASE NO.: 1:25-bk-02167-HWV**

                               :

        **DEBTOR-IN-POSSESSION**     :

                               :

## LIMITED OBJECTION OF THE UNITED STATES TRUSTEE TO DEBTOR'S APPLICATION TO EMPLOY POST & SCHELL, P.C. AS SPECIAL COUNSEL

NOW COMES the United States Trustee ("UST"), by and through the undersigned counsel and files this Limited Objection to Debtor's Application to Employ Post & Schell, P.C. ("Post") as Special Counsel, and in support thereof, avers as follows:

1. The United States Trustee ("UST") has standing to raise this limited objection pursuant to 11 U.S.C. § 307 and 28 U.S.C. § 586.

2. The above-referenced related Debtor filed for relief under Chapter 11 of the Bankruptcy Code on August 1, 2025. Docket Entry Number[1] 1.

3. The Debtor is represented by Attorney Albert Ciardi, III.

4. On August 12, 2025, the Debtor filed an Application to Employ Post as Special Counsel (the "Application to Employ"). Doc. No. 44. The Application to Employ was filed within fourteen (14) days of the Petition date, and accordingly, pursuant to L.B.R. 2014-1(c), objections from the UST are due by August 22, 2025.

5. The UST has the following Objections to the Application to Employ Post:

     a. First, the UST first notes that the Application to Employ identifies 5

          professionals at the firm most likely to perform work for the Debtor but fails to

---

[1] Hereinafter "Doc. No."

identify the hourly rates for each professional. The UST further notes that the attached engagement letter (Doc. No. 44-4) reports that the hourly rate charged to the estate will vary between $250.00 and $700.00 per hour for attorneys, and $195.00 for paralegals. To ensure transparency for all interested parties, the UST requests the Debtor and/or Post specify the current billing rates of the professionals most likely to perform work for the Debtor.

b. Second, the engagement letter attached to the Application provides that Post will bill the client monthly and are payable within 30 days. These provisions run afoul of Section 331 of the Bankruptcy Code which only allows professionals retained by the Debtor to seek compensation once every 120 days, and Section 330 of the Bankruptcy Code which requires approval of this Honorable Court before any such fees may be taken from the estate.

c. Third, the Application to Employ sets forth that Post has represented the Debtor since 2016. The affidavit of Attorney Dornberger fails to affirmatively set forth whether Post is owed any funds for pre-petition services. In the event any pre-petition amount is due and owing, the Application to Employ and affidavit are silent as to whether Post is waiving this pre-petition debt. Accordingly, the UST believes, and therefore avers, that Post must inform the Court whether any pre-petition debt is owed from the Debtor and, if so, whether Post intends to waive said pre-petition debt.

d. Fourth, neither the Application to Employ nor the attached engagement letter affirmatively states that Post will not perform services in connection with the

actual bankruptcy case of the Debtor which might duplicate the services performed by general bankruptcy counsel for the Debtor.

WHEREFORE, the UST limitedly objects to the Debtor's Application to Employ Post & Schell, P.C. as Special Counsel under the terms of the engagement agreement attached at Exhibit A and requests that the Court sustain the Limited Objection to the Application to Employ unless modified to address the concerns set forth herein.

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

Joseph P. Schalk
Acting Assistant United States Trustee

By:  /s/   Joseph P. Schalk
Joseph P. Schalk, Esq./PA ID 91656
Office of the United States Trustee
1501 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel.:  (717) 221-4515
Email: Joseph.Schalk@usdoj.gov

Dated:  August 20, 2025