| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Weaber, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 25-02167 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $ 95,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................... $ 126,453,629.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................ $ 221,453,629.00

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 36,632,058.50

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 6,589.55

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 11,628,401.54

4. **Total liabilities** ............................................................................................................................... $ 48,267,049.59
   Lines 2 + 3a + 3b