Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Annville Cleona School District
Creditor's Name
c/o Keystone Collections Group
PO Box 505
Irwin, PA 15642
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Annville Cleona School District
2. JPMorgan Chase Bank, N.A.
3. Lebanon County Treasurer
4. Lebanon County & South Annville Township

Describe debtor's property that is subject to a lien
2024/2025 School Real Estate Taxes
1231 Mount Wilson Road
Lebanon, PA 17402

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: $136,976.13     Value: $4,000,000.00

---

**2.2** Annville Cleona School District
Creditor's Name
c/o Keystone Collections Group
PO Box 505
Irwin, PA 15642
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
2025-2026 School Real Estate Tax
1231 Mount Wilson Road
Lebanon, PA 17402

Describe the lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?

Amount: $143,482.80     Value: $4,000,000.00

| Debtor | Weaber, Inc. | Case number (if known) | 25-02167 |
|---|---|---|---|
| | Name | | |

Date debt was incurred

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Cyprium Investors IV AIV I, LP | Describe debtor's property that is subject to a lien | $7,940,976.80 | $24,705,901.00 |
|---|---|---|---|---|

Creditor's Name
Attn: Drew Molinari
200 Public Square
Suite 2020
Cleveland, OH 44114
Creditor's mailing address

finished goods; Equipment - general replacement value

Describe the lien
Commercial Loan

dmolinari@cyprium.com
Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Cyprium Investors IV AIV I, LP
2. JPMorgan Chase Bank, N.A.
3. Pathward, N.A.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | JPMorgan Chase Bank, N.A. | Describe debtor's property that is subject to a lien | $24,315,608.41 | $128,223,746.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Stephen Marra
Executive Director
277 Park Avenue, Floor 35
New York, NY 10017
Creditor's mailing address

ARs; finished goods; miscellaneous parts, inventory and consumables; Equipment - general replacement value; land- titusville; land - Mt. Wilson ; building - Mt. Wilson (replacement cost); building - titisville (replacement cost)

Describe the lien
Commercial Loan

stephen.j.marra@jpmorgan.com
Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Lebanon County & South Annville Township | Describe debtor's property that is subject to a lien | $42,737.18 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 Lebanon County Real Estate Taxes | | |
| | Lebanon County Treasurer | 1231 Mount Wilson Road | | |
| | Municipal Bldg., Room 103 | Lebanon, PA 17042 | | |
| | 400 S. Eight Street | | | |
| | Lebanon, PA 17042 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Specified on line 2.1 | | | |

| 2.6 | Lebanon County Treasurer | Describe debtor's property that is subject to a lien | $41,882.43 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | land - Mt. Wilson | | |
| | | | | |
| | 503 Oak Street | | | |
| | Lebanon, PA 17042 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Specified on line 2.1 | | | |

| 2.7 | Oil Creek Township | Describe debtor's property that is subject to a lien | $22,467.09 | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 County Real Estate Tax | | |
| | c/o Oil Creek Twp Tax Coll | 11117 Skyline Drive | | |
| | Susan Kerr | Titusville, PA | | |
| | 14000 Kinsack Road | | | |
| | Centerville, PA 16404 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

| Debtor | Weaber, Inc. | Case number (if known) | 25-02167 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.4 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| 2.8 | Oil Creek Twp Tax Coll | Describe debtor's property that is subject to a lien | $253.15 | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 County Real Estate Tax | | |
| | Susan Kerr<br>14000 Kinsack Road<br>Centerville, PA 16404 | Skyline Drive<br>Titusville, PA | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.4 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.9 | Oil Creek Twp Tax Coll | Describe debtor's property that is subject to a lien | $37,151.88 | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 2025 County Real Estate Tax | | |
| | Susan Kerr<br>14000 Kinsack Road<br>Centerville, PA 16404 | 11117 Skyline Drive<br>Titusville, PA | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.4 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.10 | Pathward, N.A. | Describe debtor's property that is subject to a lien | $3,950,522.63 | $13,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Equipment - general replacement value | | |
| | 5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | abrinson@pathward.com | Is the creditor an insider or related party?<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |

| Debtor | Weaber, Inc. | Case number (if known) | 25-02167 |
|---|---|---|---|
| | Name | | |

| Date debt was incurred | ☒ No |
|---|---|
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.3 | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $36,632,058.50

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chase<br>Attn: William H. Canney, Jr., ED<br>611 Woodward Avenue, 2nd Fl.<br>Mail Code MI1-00MZ<br>Detroit, MI 48226 | Line 2.4 | |
| JP Morgan Chase Bank, N.A.<br>Attn: Credit Risk Manager - Weaber<br>17th Floor, NY1-E061<br>New York, NY 10004-2413 | Line 2.4 | |
| Morgan, Lewis & Bockius, LLP<br>Attn: Marshall Stoddard, Jr., Esquire<br>101 Park Avenue, 42nd Floor<br>New York, NY 10178 | Line 2.4 | |