Fill in this information to identify the case:

Debtor name     Weaber, Inc.

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)     25-02167

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Commonwealth of Pennsylvania<br>Dept of Revenue<br>1600 Arch Street, 3rd Floor<br><br>Philadelphia, PA 19103 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,917.88 | $5,917.88 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Oregon Dept of Revenue<br>955 Center St NE<br>Salem, OR 97301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $671.67 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>25 Keystone PA, LLC<br>1550 E Beltline Ave S<br>Suite 150<br>Grand Rapids, MI 49506 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116,666.67 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>3 Springs Farm Trucking LLC<br>2538 New Columbia Road<br>New Columbia, PA 17856 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $540.00 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>A.W. Stiles Contractors, Inc.<br>286 Bass Lane<br><br>McMinnville, TN 37110 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46,387.96 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>ABEW Inc<br>522 Lewisberry Road<br>New Cumberland, PA 17070 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,335.00 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Absolute Fire Protection Corp.<br>PO Box 11276<br>Erie, PA 16514 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,799.00 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>ACS Industrial Services, Inc.<br>940 Tate Blvd SE<br>Suite 105<br>Hickory, NC 28602 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,385.00 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>Advanced Fabrication Services, Inc.<br>dba AFS Energy Systems<br>420 Oak Street<br>PO Box 170<br>Lemoyne, PA 17043 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,626.23 |
|  | Date(s) debt was incurred _ | **Basis for the claim:** _ |  |
|  | Last 4 digits of account number 5083 | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310,139.00 |
|---|---|---|---|

**3.8**   Nonpriority creditor's name and mailing address
AFP Logs and Lumber, Inc.
P.O. Box 2228
Buckhannon, WV 26201

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$310,139.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9**   Nonpriority creditor's name and mailing address
AFS Energy Systems
420 Oak Street
PO Box 170
Lemoyne, PA 17043

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,626.23**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10**   Nonpriority creditor's name and mailing address
AG Aegis Company, Inc.
13675 Route 6
Corry, PA 16407

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,737.50**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11**   Nonpriority creditor's name and mailing address
AHC Clarksville, LLC
P.O. Box 102455
Atlanta, GA 30368-2455

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$173,988.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12**   Nonpriority creditor's name and mailing address
Airgas USA, LLC
6055 Rockside Woods Blvd
Independence, OH 44131

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$128.43**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13**   Nonpriority creditor's name and mailing address
Akhurst Machinery Inc.
MS 631049
PO Box 84632
Seattle, WA 98124

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$768.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14**   Nonpriority creditor's name and mailing address
Aldine ISD
PO Box 203898
Houston, TX 77216

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,922.44**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15**   Nonpriority creditor's name and mailing address
Alexandria NE, LLC
P.O. Box 169
Atlanta, GA 30368-2455

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$523,183.45**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 1:25-bk-02167-HWV   Doc 109-3   Filed 09/18/25   Entered 09/18/25 13:58:29
Desc Schedule EF    Page 3 of 63

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,998.73 |
|---|---|---|---|

All Seasons Tree Service LLC
37 Garden Ct N
Garfield, NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,106.21 |
|---|---|---|---|

Ally Global Logistics LLC
317 Libbey Industrial
Suite B-200
East Weymouth, MA 02189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,701.47 |
|---|---|---|---|

ALP Industries, LLC
c/o Edward Vendetti
512 N. Market St., Suite 100
Lancaster, PA 17603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,029.65 |
|---|---|---|---|

Alro Steel Corporation
24876 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,596.74 |
|---|---|---|---|

Althouse Nursery & Landscaping CC
561 West Main Ave
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,137.76 |
|---|---|---|---|

Amazon.Com Sales, Inc.
410 Terry Avenue North
Seattle, WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.13 |
|---|---|---|---|

American Express
PO Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

American Hardwood Export Council
42777 Trade West Drive
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$89,589.00**
--- | --- | --- | ---

American Hardwood Industries LLC
P.O. Box 1528
Waynesboro, VA 22980

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,400.38**

American Heritage Life Ins
PO Box 650514
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,715.02**

American Signumat LTD
PO Box 397
Cockeysville, MD 21030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,218.47**

Americhem International Inc.
1401 AIP Drive Ste 100
Middletown, PA 17057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,562.66**

Amos L. Beiler
5754 White Oak Road
Paradise, PA 17562

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,150.00**

Amper Technologies, Inc.
770 N. Halsted Street
Ste 308
Chicago, IL 60642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$741.30**

AN Electrician Inc.
PO Box 4885
Eureka, CA 95502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$172.71**

Annette Ramierz
Tax Assessor - Collections
PO Box 4622
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset? ☒ No ☐ Yes

---

Case 1:25-bk-02167-HWV    Doc 109-3    Filed 09/18/25    Entered 09/18/25 13:58:29
Desc Schedule EF    Page 5 of 63

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,114.29 |
|---|---|---|---|

Anson Industrial MFG Corp
7392 Progress Place
Delta BC   VAG1A1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,735.75 |
|---|---|---|---|

Anthony Battinelli
41 Castle Rock Road
Hewitt, NJ 07421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,683.77 |
|---|---|---|---|

Appleseed Tree Service LLC
PO Box 2334
Wayne, NJ 07474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.32 |
|---|---|---|---|

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,343.22 |
|---|---|---|---|

APR Supply Company
PO Box 7688
Lancaster, PA 17604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,457.07 |
|---|---|---|---|

Arbor Care Tree Service
7 Pomona Avenue
Fair Lawn, NJ 07410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,550.00 |
|---|---|---|---|

ArcBest II, Inc.
PO Box 10048
Lancaster, PA 17604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.85 |
|---|---|---|---|

Armstrong
PO Box 37749
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address<br>Atlanta Hardwood Corporation<br>5596 Riverview Road<br>Mableton, GA 30126 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $123,427.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address<br>Atlantic Tree Materials & Grinding Co<br>35 Hollywood Ave<br>Leonardo, NJ 07737 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,160.94 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address<br>Aurands Machinery & Automation<br>1491 Sportsman Drive<br>Middleburg, PA 17842 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $766.89 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address<br>Avail Technology Solutions<br>415 N. Prince Street<br>Ste 200<br>Lancaster, PA 17603 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,836.44 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address<br>Baillie Lumber Company<br>P.O. Box 6<br>Hamburg, NY 14075 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $134,731.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address<br>Baker Tilly US LLP<br>Box 78975<br>Milwaukee, WI 53278-8975 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76,950.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address<br>Barber Trucking, Inc.<br>3661 Route 28 North<br>Brookville, PA 15825 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,499.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address<br>Beco   Equipment LLC<br>258 West Main Street<br>Leola, PA 17540 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $643.37 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

**3.48** Nonpriority creditor's name and mailing address
Ben King
385 Ragged Edge Road
Orrtanna, PA 17353

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
Benjamin King
788 Buck Road
Quarryville, PA 17566

As of the petition filing date, the claim is: *Check all that apply.*  **$19,660.84**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
Bergeys Trucking Center (Lease)
2700 Cumberland St
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*  **$21,326.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
Bergeys Trucking Center Lebanon
2700 Cumberland St
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*  **$7,482.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
Bill Wise Excavating Inc.
405 S. 4th Street
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*  **$4,570.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Bisson Transportation, Inc.
56 Bibber Parkway
Suite 1
Brunswick, ME 04011

As of the petition filing date, the claim is: *Check all that apply.*  **$144,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
BJ Baldwin Electric Inc.
7060 Division Highway
Narvon, PA 17555

As of the petition filing date, the claim is: *Check all that apply.*  **$4,685.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
BM&M Screening Solutions LTD
PO Box 4269
Postal Station A
Toronto ON MSW4V2

As of the petition filing date, the claim is: *Check all that apply.*  **$29,809.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,594.32 |
|---|---|---|---|

**Boot Road Tree Service Inc.**
34 Reeceville Road
Coatesville, PA 19320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,050.85 |
|---|---|---|---|

**Brubacher Excavating Inc**
PO Box 528
Bowmansville, PA 17507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,568.20 |
|---|---|---|---|

**Brubaker Logging LLC**
99 Miller Drive
Kutztown, PA 19530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,220.00 |
|---|---|---|---|

**Bruce & Laura Heilinger**
225 Heffelfinger Road
Lebanon, PA 17046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,183.37 |
|---|---|---|---|

**Burns Tree Service LLC**
297 Main Street
Felton, PA 17322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,798.95 |
|---|---|---|---|

**Burton Saw & Supply**
PO Box 310
Woodland, WA 98674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,660.05 |
|---|---|---|---|

**Cafferty Tree & Landscape LLC**
2600 Rt 22 East
Scotch Plains, NJ 07076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,642.14 |
|---|---|---|---|

**Capital Blue Cross**
PO Box 774234
Harrisburg, PA 17177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,406.21 |
|---|---|---|---|

**Career Concepts**
c/o Coleen Jennings, CFO
4934 Peach Street, Ste 101
Erie, PA 16509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,947.44 |
|---|---|---|---|

**Cargill Inc**
PO Box 415927
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,700.18 |
|---|---|---|---|

**Casella Waste Systems Inc**
PO Box 5546
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.22 |
|---|---|---|---|

**Casella Waste Systems Inc**
PO Box 5546
Binghamton, NY 13902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.28 |
|---|---|---|---|

**Cash Home Centers, Inc.**
9 Hendel Drive
Mystic, CT 06355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,827.57 |
|---|---|---|---|

**Castners**
Po Box 13
Stillwater, NJ 07875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,400.00 |
|---|---|---|---|

**Central Penn Machinery**
1594 Cumberland Street
PMB165
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|

**Central Penn Machinery**
1594 Cumberland St
PO Box 165
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Case 1:25-bk-02167-HWV   Doc 109-3   Filed 09/18/25   Entered 09/18/25 13:58:29
Desc Schedule EF   Page 10 of 63

| | | |
|---|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address**<br>Central Transport LLC<br>PO Box 33299<br>Detroit, MI 48232 | As of the petition filing date, the claim is: *Check all that apply.*  **$87.72**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address**<br>Certified Laboratories<br>23261 Network Place<br>Chicago, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.*  **$352.39**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address**<br>CH Reed, Inc.<br>301 Poplar Street<br>Hanover, PA 17331 | As of the petition filing date, the claim is: *Check all that apply.*  **$3,998.05**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address**<br>Champion Technologies, Inc.<br>PO Box 1459<br>Eugene, OR 97440 | As of the petition filing date, the claim is: *Check all that apply.*  **$962.49**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address**<br>Chaz's Tree Service<br>409 Media Line Road<br>Broomall, PA 19008 | As of the petition filing date, the claim is: *Check all that apply.*  **$8,984.24**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address**<br>Chestnut Hill Forestry LLC<br>71 Camp Strauss Road<br>Bethel, PA 19507 | As of the petition filing date, the claim is: *Check all that apply.*  **$43,230.26**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address**<br>Chris McDonough<br>McDoough's Tree<br>9623 Torbert Lane<br><br>Jersey Shore, PA 17740 | As of the petition filing date, the claim is: *Check all that apply.*  **$40,981.20**<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address**<br>Christopher E. Gardner<br>28 Gardner Lane<br>Pittsfield, PA 16340 | As of the petition filing date, the claim is: *Check all that apply.*  **$2,850.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?  ☒ No  ☐ Yes |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,807.55 |
|---|---|---|---|

**3.80** Nonpriority creditor's name and mailing address
Christopher Mentlink
1209 Boyd Road
Street, MD 21154

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$12,807.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** Nonpriority creditor's name and mailing address
Church Towne
860 Sunol Road
Cochranton, PA 16314

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$966.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** Nonpriority creditor's name and mailing address
Cimarron Lumber
4000 Main Street
Kansas City, MO 64111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$602.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address
City of Titusville
107 North Franklin
Titusville, PA 16354

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$60.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address
Clarion News
860 South 5th Ave, Ste 4
Clarion, PA 16214

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$4.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address
CM High, Inc
c/o Ryan Hurst
341 King Street

Myerstown, PA 17067

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$998.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address
Colonial Electric Supply Co
PO Box 414564
Boston, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$5,530.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address
Colonial Saw Co., Inc.
PO Box A
Kingston, MA 02364

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,317.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.23 |
|---|---|---|---|

**3.88** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 70219
19176

As of the petition filing date, the claim is: *Check all that apply.*  **$309.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1057

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 37601
Philadelphia, PA 19101

As of the petition filing date, the claim is: *Check all that apply.*  **$1,110.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1348

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 70219
Philadelphia, PA 19176

As of the petition filing date, the claim is: *Check all that apply.*  **$421.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  7077

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 70219
Philadelphia, PA 19101

As of the petition filing date, the claim is: *Check all that apply.*  **$528.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  8913

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 70219
Philadelphia, PA 19176

As of the petition filing date, the claim is: *Check all that apply.*  **$371.35**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9702

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
Comcast Business
PO Box 70219
Philadelphia, PA 19176

As of the petition filing date, the claim is: *Check all that apply.*  **$359.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4688

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address
Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is: *Check all that apply.*  **$2,006.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address
Commonwealth of PA
Division of Weights
2301 North Cameron Street
Harrisburg, PA 17110

As of the petition filing date, the claim is: *Check all that apply.*  **$60.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>Commport Communications, Int'l Inc.<br>155 Englehard Drive<br>Aurora ON   LAG 3V1 | **As of the petition filing date, the claim is:** *Check all that apply.*   $4,936.44<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>Compliance Management International<br>2750 Morris Road Ste A 101<br>Lansdale, PA 19446 | **As of the petition filing date, the claim is:** *Check all that apply.*   $45,200.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>Controls Service & Engineering Co<br>330 Second Street<br>New Cumberland, PA 17070 | **As of the petition filing date, the claim is:** *Check all that apply.*   $1,080.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>Cornwell Door Service Inc.<br>1498 Willow Street<br>Lebanon, PA 17046 | **As of the petition filing date, the claim is:** *Check all that apply.*   $35,275.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>Countryside Fuel<br>636 E. Lincoln Ave<br>Myerstown, PA 17067 | **As of the petition filing date, the claim is:** *Check all that apply.*   $1,808.63<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>Cox and Kanyuck<br>19019 Cochranton Rd<br>Meadville, PA 16335 | **As of the petition filing date, the claim is:** *Check all that apply.*   $406.50<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>Croley Martell & Associates<br>2000 Auburn Drive<br>One Chagrin Highland Bldg<br>Beachwood, OH 44122 | **As of the petition filing date, the claim is:** *Check all that apply.*   $29,362.50<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| 3.103 | **Nonpriority creditor's name and mailing address**<br>Crown Hardwood Co., Inc<br>1270 Baltimore Pike<br>West Grove, PA 19390 | **As of the petition filing date, the claim is:** *Check all that apply.*   $2,377.32<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $623.62 |
|---|---|---|---|
| | CSC<br>PO Box 7410023<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,943.86 |
|---|---|---|---|
| | Cycle Chem Inc.<br>PO Box 936227<br>Atlanta, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,605.47 |
|---|---|---|---|
| | D&D Hauling Inc<br>PO Box 117<br>Fredericksburg, PA 17026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
|---|---|---|---|
| | Daniel L. King<br>526 Strasburg Road<br>Paradise, PA 17562 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,662.51 |
|---|---|---|---|
| | Datagraphics Environmental Services<br>PO Box 123<br>Monongahela, PA 15063 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.00 |
|---|---|---|---|
| | Delta Dental of Pennsylvania<br>Attn Accounts Receivable<br>PO Box 70373<br>Philadelphia, PA 19176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.02 |
|---|---|---|---|
| | Dentech Inc<br>1975 North Reading Road<br>Denver, PA 17517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.00 |
|---|---|---|---|
| | DF Logging, Inc.<br>127 E. Maple Street<br>Palmyra, PA 17078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,273.38 |
|---|---|---|---|

Diaz Landscaping & Tree Service LLC
PO Box 8305
Piscataway, NJ 08855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.03 |
|---|---|---|---|

Digi-Key Corp
PO Box 250
Thief River Falls, MN 56701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,511.16 |
|---|---|---|---|

Dinosaw Inc.
340 Power Ave
Hudson, NY 12534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,934.25 |
|---|---|---|---|

DJ Pallets LLC
53 Heatherwood Hill Road
Norristown, PA 19403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,425.00 |
|---|---|---|---|

Donegal Hydraulics Co.
102 Haiti Road
Quarryville, PA 17566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,416.52 |
|---|---|---|---|

DTS Trucking, LLC
c/o Kevin Downes
65 Royal Ave
Hawthorne, NJ 07506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,735.66 |
|---|---|---|---|

Dun & Bradstreet
PO Box 931197
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,377.20 |
|---|---|---|---|

Eagle Rental
1327 N. Reading Rd
Stevens, PA 17578

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.75 |
|---|---|---|---|
| | East Penn Manufacturing Co. Inc.<br>Box 4191<br>PO Box 8500<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,824.83 |
|---|---|---|---|
| | Eastern Lift Truck   Co., Inc.<br>PO Box 307<br>Maple Shade, NJ 08052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,858.93 |
|---|---|---|---|
| | Easy Tree Inc.<br>4145 Johnson Road<br>Glen Rock, PA 17327 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,500.00 |
|---|---|---|---|
| | EB Clearing, Inc<br>346 White Church Road<br>York Springs, PA 17372 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,770.00 |
|---|---|---|---|
| | Ebner & Sons Enterprises LLC<br>10130 Chapel Church Road<br>Red Lion, PA 17356 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,406.50 |
|---|---|---|---|
| | Eco-Power Batteries, LLC<br>28205 Mountain Meadow Road<br>Escondido, CA 92026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | ECS<br>33 E Main Street<br>Suite 3<br>Palmyra, PA 17078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,915.55 |
|---|---|---|---|
| | Edrich Lumber Inc<br>9700 Old Court Road<br>Windsor Mill, MD 21244 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address<br>EE Shenk Sons, Inc.<br>151 Creek Road<br>Elizabethtown, PA 17022 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,185.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address<br>Elco Service Corp<br>1671 Lincoln Highway East<br>Lancaster, PA 17602 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $318.69 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address<br>Ellington Industrial Supply, Inc.<br>PO Box 128<br>Ellington, MO 63638 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $855.99 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address<br>Emedco Company, Inc.<br>PO Box 95904<br>Chicago, IL 60694 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,247.75 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address<br>Emmily Longenecker<br>835 Cumberland St<br>Lebanon, PA 17042 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,063.39 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address<br>Enrights Tree Service, LLC<br>5 Miller Drive<br>Sewell, NJ 08080 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,253.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address<br>Entech Engineering<br>c/o Eugene Orlando, Jr<br>Orlando Law Office PC<br>2901 St. Lawrence Ave - Suite 101<br><br>Reading, PA 19606 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,186.79 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address<br>Equipment Depot<br>PO Box 8500-7647<br>Philadelphia, PA 19178 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,467.62 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |

Case 1:25-bk-02167-HWV   Doc 109-3   Filed 09/18/25   Entered 09/18/25 13:58:29
Desc Schedule EF   Page 18 of 63

| | | |
|---|---|---|
| **3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $31,655.00 |
| | Equipment Depot (Lease) | |
| | PO Box 8500-7647 | ☐ Contingent |
| | Philadelphia, PA 19178 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $2,364.34 |
| | Everon LLC | |
| | PO Box 872987 | ☐ Contingent |
| | Kansas City, MO 64187 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $10,268.75 |
| | Executive Avail-A-Search | |
| | 2938 Columbia Ave | |
| | Suite 1502 | ☐ Contingent |
| | Lancaster, PA 17603 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $4,897.24 |
| | Family Tree Hardwoods | |
| | 19032 Fink Road | ☐ Contingent |
| | Centerville, PA 16404 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.140** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $8,845.20 |
| | Fastenal Company | |
| | 2001 Theurer Blvd. | |
| | Attn:   Legal | ☐ Contingent |
| | Winona, MN 55987 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $69.00 |
| | Fedex | |
| | PO Box 371461 | ☐ Contingent |
| | Pittsburgh, PA 15250 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $169.96 |
| | Fedex Freight | |
| | PO Box 223125 | ☐ Contingent |
| | Pittsburgh, PA 15251 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.    $3,055.91 |
| | Filpro Corporation | |
| | PO Box 374 | ☐ Contingent |
| | West Point, PA 19486 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | **Is the claim subject to offset?** ☒ No ☐ Yes |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.50 |
|---|---|---|---|

**3.144**
**Nonpriority creditor's name and mailing address**
Filter-Mart
PO Box 1327
Cookeville, TN 38503

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$450.50

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.145**
**Nonpriority creditor's name and mailing address**
Finishing Technologies, Inc.
7125 Whitesbridge Road
Belding, MI 48809

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,464.35

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.146**
**Nonpriority creditor's name and mailing address**
Finzer Roller, Inc.
PO Box 5763
Carol Stream, IL 60197

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,020.00

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.147**
**Nonpriority creditor's name and mailing address**
First Insurance Funding Corp.
450 Skokie Boulevard
Suite 1000
Northbrook, IL 60062

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.148**
**Nonpriority creditor's name and mailing address**
Flamex, Inc.
4365 Federal Drive
Greensboro, NC 27410

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,233.42

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.149**
**Nonpriority creditor's name and mailing address**
Fleetpride, Inc.
PO Box 281811
Atlanta, GA 30384

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$33,299.52

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.150**
**Nonpriority creditor's name and mailing address**
Forklift Parts & Supply
PO Box 576
802 Walnut Street
Waterford, PA 16441

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,065.29

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.151**
**Nonpriority creditor's name and mailing address**
Fox's Transport
1594 Cumberland Street
PO Box 220
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$56,130.88

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,250.74 |
|---|---|---|---|

Frederick Sawmill
5510 Front Street
Easton, PA 18040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,486.47 |
|---|---|---|---|

Freeman A. Yoder
1260 Hartly Road
Hartly, DE 19953

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Freepoint Commodities LLC
Attn:   Cori Novy, Esquire
3050 Post Oak Boulevard
Suite 1330
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,735.00 |
|---|---|---|---|

Fresh Creative
814 Cumberland Street
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

Freshwind
Pajatie 8
Jyvaskyla Finland 40630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,147.95 |
|---|---|---|---|

FROMM Electric Supply Corp
PO Box 62055
Baltimore, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.91 |
|---|---|---|---|

FROMM Packaging Systems, Inc.
85 Fulton Street
Unite 4
Boonton, NJ 07005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,902.00 |
|---|---|---|---|

Fuhrman Industrial Sales nc.
125 Old Mine Road
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No    ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,839.37 |
|---|---|---|---|
| | Fulghum Industries Inc.<br>317 S. Main Street<br>Wadley, GA 30477 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.00 |
|---|---|---|---|
| | Fullmer Industrial Sales Inc<br>379 Ben Franklin Highway West<br>Douglassville, PA 19518 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,341.15 |
|---|---|---|---|
| | Future Forest Timber Management, LLC<br>215 Saylors Lane<br>Easton, PA 18042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,341.15 |
|---|---|---|---|
| | Future Forest Timber Management, LLC<br>215 Saylors Lane<br>Easton, PA 18042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,355.00 |
|---|---|---|---|
| | G.F. Hardwoods, Inc.<br>9880 Clay County Highway<br>Moss, TN 38575 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,477.92 |
|---|---|---|---|
| | Galco Industrial Electronics<br>L-4061<br>Columbus, OH 43260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,977.34 |
|---|---|---|---|
| | Galen G. Weaber<br>1591 Cambridge Drive<br>Lebanon, PA 17042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,715.40 |
|---|---|---|---|
| | Garber Metrology<br>520 East Oregon Road<br>Lititz, PA 17543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.99 |
|---|---|---|---|

Garden Keepers
246 Gibble Road
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,885.87 |
|---|---|---|---|

Garman Bros Inc.
1270 River Road
Crownsville, MD 21032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

George Dept of Revenue
1800 Century Blvd NE
Suite 12100
Atlanta, GA 30345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102,762.61 |
|---|---|---|---|

GF Hardwoods, Inc (LEB)
9880 Clay County Highway
Moss, TN 38575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.15 |
|---|---|---|---|

Glenn Weaber Jr
1583 Mt. Wilson Road
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,514.95 |
|---|---|---|---|

Goggin & Associates Tree Service
82 Mountain Avenue
Mendham, NJ 07945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,811.65 |
|---|---|---|---|

Goodfellow Inc.
368 Pepsi Road
Manchester, NH 03109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,611.72 |
|---|---|---|---|

Goodfellows/AMH
368 Pepsi Road
Manchester, NH 03109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,032.03 |
|---|---|---|---|

**3.176** Nonpriority creditor's name and mailing address
Graham Coombes
3906 W Crandall Lane
Spokane, WA 99208

As of the petition filing date, the claim is: *Check all that apply.*    $11,032.03
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address
Grainger
Dept 803924638
Palatine, IL 60038

As of the petition filing date, the claim is: *Check all that apply.*    $1,057.82
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address
Great White Wood Co
1155 Greenfield Road
Tuscarora, MD 21790

As of the petition filing date, the claim is: *Check all that apply.*    $20,648.62
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
Greiner Industries, Inc.
800 Nave Road SE
Massillon, OH 44646

As of the petition filing date, the claim is: *Check all that apply.*    $26,570.10
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.180** Nonpriority creditor's name and mailing address
GTG Builders, LLC
130 Main Street
Flemington, NJ 08822

As of the petition filing date, the claim is: *Check all that apply.*    $8,262.94
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.181** Nonpriority creditor's name and mailing address
Guidepoint Security LLC
2201 Cooperate Way
Herndon, VA 20171

As of the petition filing date, the claim is: *Check all that apply.*    $12,261.22
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.182** Nonpriority creditor's name and mailing address
Hackman Fire Equipment Inc.
233 Cumberland Street
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*    $3,797.45
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.183** Nonpriority creditor's name and mailing address
HAPAG-Lloyde (america) LLC
3 Ravinia Drive
Suite 1600
Atlanta, GA 30346

As of the petition filing date, the claim is: *Check all that apply.*    $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
| --- | --- | --- | --- |
| | Hardview Review<br>PO Box 471307<br>Charlotte, NC 28247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,209.07 |
| --- | --- | --- | --- |
| | Harwood Market Report<br>780 Ridge Lake Blvd., Ste 102<br>Memphis, TN 38120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.34 |
| --- | --- | --- | --- |
| | Hasko Industries, LLC<br>114 Industrial Park<br>Soddy Daisy, TN 37379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,229.63 |
| --- | --- | --- | --- |
| | Haynes & Boone, LLP<br>PO Box 841399<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,755.16 |
| --- | --- | --- | --- |
| | HCC Life Insurance Company<br>PO Box 402032<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,500.00 |
| --- | --- | --- | --- |
| | Helen Eng<br>3111 Aberfoyle Place<br>Washington, DC 20015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,066.00 |
| --- | --- | --- | --- |
| | Helios Quartz America Inc.<br>8444 W. Central Ave #2<br>Sylvania, OH 43560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,745.88 |
| --- | --- | --- | --- |
| | Hermance Machine Company<br>178 Campbell Street<br>Williamsport, PA 17701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.68 |
|---|---|---|---|

**Hermes Abrasives**
524 Viking Drive
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,564.00 |
|---|---|---|---|

**Hickory Run Logging, LLC**
650 Stricklstown Road
Newmanstown, PA 17073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,853.14 |
|---|---|---|---|

**Hickory Run Transport LLC**
107 South Millbach
Newmanstown, PA 17073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,502.38 |
|---|---|---|---|

**Hoffman Equipment Co**
300 South Randolphville Road
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,759.04 |
|---|---|---|---|

**Holly Label Co., Inc.**
1656 Maloney Hill Road
Nicholson, PA 18446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Hood Container Corporation**
PO Box 746568
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Hot Fix Welding & Fabrication LLC**
1018 Ethelwood Road
Glen Allen, VA 23059

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.62 |
|---|---|---|---|

**Hoviss Auto Supply**
1000 Champion Drive
Mercer, PA 16137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.95 |
|---|---|---|---|

**Hubler Bros Inc.**
PO Box 1319
Clearfield, PA 16830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.58 |
|---|---|---|---|

**IFM Efector In.**
PO Box 8538-307
Philadelphia, PA 19171

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Incorporated Services LTD**
3500 S. Dupont Highway
Dover, DE 19901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,558.46 |
|---|---|---|---|

**Industrial Service Solutions**
Dept Ch 95354
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,387.08 |
|---|---|---|---|

**Insight Direct USA Inc.**
PO Box 731069
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,438.00 |
|---|---|---|---|

**Irvin Weiler Inc.**
213 East Carpenter Ave
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,945.56 |
|---|---|---|---|

**J&L Logging**
John K. Stoltzfus
46B Hartman Bridge Road
Lancaster, PA 17602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,277.46 |
|---|---|---|---|

**Jake's Tree Service & Landscaping LLC**
65 Paul Land
Glen Mills, PA 19342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,578.02 |
|---|---|---|---|

**3.208** Nonpriority creditor's name and mailing address
James Rogan Landscape & Tree Service LLC
118 Terrace Ave
Upper Darby, PA 19082

As of the petition filing date, the claim is: *Check all that apply.*    **$15,578.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address
James Taylor MRG
130 Salt Point Turnpike
Poughkeepsie, NY 12603

As of the petition filing date, the claim is: *Check all that apply.*    **$495.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address
Jason Murphy dba Murphy's Tools
528 Cattel Street
Middletown, PA 17057

As of the petition filing date, the claim is: *Check all that apply.*    **$2,024.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address
Jay Gill Inc.
dba Jay Gill Plumbing & HVAC
Attn:   Kristi Gill
275 Main Street
Spartansburg, PA 16434

As of the petition filing date, the claim is: *Check all that apply.*    **$4,816.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address
JFC Global
1520 Market Steet
Camp Hill, PA 17011

As of the petition filing date, the claim is: *Check all that apply.*    **$27,025.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address
JL Hollinger & Sons. Inc.
1617 Lebanon Road
Manheim, PA 17545

As of the petition filing date, the claim is: *Check all that apply.*    **$8,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.214** Nonpriority creditor's name and mailing address
Joe Marra Tree Service, Inc
PO Box 362
Butler, NJ 07405

As of the petition filing date, the claim is: *Check all that apply.*    **$5,352.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.215** Nonpriority creditor's name and mailing address
John B. Ward & Co., Inc.
PO Box 280
Bryn Mawr, PA 19010

As of the petition filing date, the claim is: *Check all that apply.*    **$18,350.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,029.05 |
|---|---|---|---|

John E. Landis, Inc.
1886 Commerce Park E
Lancaster, PA 17601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $914.24 |
|---|---|---|---|

John Girling's Hauling LLC
14 Pine Drive
Chester Springs, PA 19425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,831.58 |
|---|---|---|---|

John Lefever
147 Fort Henry Road
Bethel, PA 19507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

John Walter Dornberger
74 Hill Manor Drive
Hershey, PA 17033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.57 |
|---|---|---|---|

Johnson Controls Security Solutions
PO Box 371967
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,882.55 |
|---|---|---|---|

JP Heavy Equipment Repair Co
c/o JP Stauffer
35 Hunter Drive
Elizabethtown, PA 17022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,048.62 |
|---|---|---|---|

JS Logging LLC
215 Peach Bottom Road
Peach Bottom, PA 17563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,604.80 |
|---|---|---|---|

Karya Technologies Inc.
450 Penllyn Blue Bell Pike
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,145.88 |
|---|---|---|---|

**Katie S Thompson**
2090 Reservoir Drive
Middletown, PA 17057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,314.12 |
|---|---|---|---|

**KCF Technologies, Inc.**
336 S. Fraser Street
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,723.13 |
|---|---|---|---|

**Keener Electric Motors**
705 State Drive
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,664.14 |
|---|---|---|---|

**Kervin Beachy    Transport Inc.**
KB Transport
569 Yellow Hill Road
Narvon, PA 17555

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,023.10 |
|---|---|---|---|

**Keystone Abrasives**
PO Box 246
Birdsboro, PA 19508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298,885.00 |
|---|---|---|---|

**Keystone Collections Group**
P.O. Box 449
Irwin, PA 15642-0449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $373.00 |
|---|---|---|---|

**Kimball Midwest**
Dept L-2780
Columbus, OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,266.90 |
|---|---|---|---|

**Kitch Inc**
dba Starlite
1500 Furnance Hill Road
Stevens, PA 17578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.232** | **Nonpriority creditor's name and mailing address**<br>Klein & Son's Logging Inc.<br>3114 State Route 52 West<br>White Sulphur Springs, NY 12787 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,281.81** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.233** | **Nonpriority creditor's name and mailing address**<br>Klingspor Abrasives Inc.<br>2555 Tate Blvd., SE<br>PO Box 2367<br>Hickory, NC 28603 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,708.28** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.234** | **Nonpriority creditor's name and mailing address**<br>Koch Limited Partnership<br>106 Northpoint Parkway<br>Suite 400<br>Acworth, GA 30102 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,926.32** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.235** | **Nonpriority creditor's name and mailing address**<br>Koger Air Corporation<br>PO Box 4668<br>Martinsville, VA 24115 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$798.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.236** | **Nonpriority creditor's name and mailing address**<br>Konecranes Inc.<br>PO Box 644994<br>Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,147.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.237** | **Nonpriority creditor's name and mailing address**<br>KRE Security LLC<br>11 South 3rd Street<br>Hamburg, PA 19526 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,202.98** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.238** | **Nonpriority creditor's name and mailing address**<br>Kroeger Air Corporation<br>PO Box 4668<br>Martinsville, VA 24115 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$798.00** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.239** | **Nonpriority creditor's name and mailing address**<br>Kroff Chemical Co., Inc.<br>One North Shore Center<br>12 Federal St, Ste 450<br>Pittsburgh, PA 15212 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,062.40** |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Case 1:25-bk-02167-HWV    Doc 109-3    Filed 09/18/25    Entered 09/18/25 13:58:29
Desc Schedule EF    Page 31 of 63

| 3.240 | Nonpriority creditor's name and mailing address<br>L-M Equipment Co LTD<br>5278 185A Street<br>Surrey, British Columbia V3S 7A4 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,921.45 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.241 | Nonpriority creditor's name and mailing address<br>Laird Logs<br>3505 Dublin Road<br>Darlington, MD 21034 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $388,288.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.242 | Nonpriority creditor's name and mailing address<br>Lamar Companies<br>PO Box 746966<br>Atlanta, GA 30374 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $250.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.243 | Nonpriority creditor's name and mailing address<br>Lancaster Starter & Alternator<br>1128 Manheim Pike<br>Lancaster, PA 17603 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $263.94 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.244 | Nonpriority creditor's name and mailing address<br>Lanco Adhesives<br>1723 Ginesi Drive<br>Freehold, NJ 07728 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $38,644.24 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.245 | Nonpriority creditor's name and mailing address<br>Lapp Millwright LLC<br>93 Troy Avenue<br>Lebanon, PA 17046 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,533.71 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.246 | Nonpriority creditor's name and mailing address<br>LBMC Technology Solutions<br>PO Box 1869<br>Brentwood, TN 37024 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $660.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.247 | Nonpriority creditor's name and mailing address<br>Lebanon Valley Business Park<br>725 Penn Avenue<br>Lititz, PA 17543 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $274.39 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,493.53 |
|---|---|---|---|

**3.248**
Nonpriority creditor's name and mailing address
Lebanon Valley Tree Care, LLC
1701 Horseshoe Pike
Annville, PA 17003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$1,493.53

---

**3.249**
Nonpriority creditor's name and mailing address
Legacy Wood Products
1050 Girdley Street
West Plains, MO 65775

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$41,032.14

---

**3.250**
Nonpriority creditor's name and mailing address
Legacy Wood Products, LLC
1050 Girdley Street
West Plains, MO 65775

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$66,780.00

---

**3.251**
Nonpriority creditor's name and mailing address
Level Land
PO Box 100
Lisbon, MD 21765

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$18,636.79

---

**3.252**
Nonpriority creditor's name and mailing address
Lifetime Benefit Solutions Inc.
PO Box 5510
Binghamton, NY 13902

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$170.00

---

**3.253**
Nonpriority creditor's name and mailing address
Linde Gas & Equipment Inc.
PO Box 382000
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$139.51

---

**3.254**
Nonpriority creditor's name and mailing address
Lindenmeyr Munroe
PO Box 416977
Boston, MA 02241

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$10,774.07

---

**3.255**
Nonpriority creditor's name and mailing address
LNP Media Group
8 Weat King Street
PO Box 1328
Lancaster, PA 17608

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

$935.00

---

| 3.256 | **Nonpriority creditor's name and mailing address**<br>Log Haulers, LLC<br>48 Stephen Drive<br>Glen Mills, PA 19342 | As of the petition filing date, the claim is: Check all that apply. | $6,181.15 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.257 | **Nonpriority creditor's name and mailing address**<br>Longs Tree Service LLC<br>5059 School Creek Lane<br>Annville, PA 17003 | As of the petition filing date, the claim is: Check all that apply. | $313.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.258 | **Nonpriority creditor's name and mailing address**<br>Lowes Business Account<br>PO Box 530970<br>Atlanta, GA 30353 | As of the petition filing date, the claim is: Check all that apply. | $9,147.47 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.259 | **Nonpriority creditor's name and mailing address**<br>LRK LLC<br>214 Alders Drive<br>Wilmington, DE 19803 | As of the petition filing date, the claim is: Check all that apply. | $6,551.28 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.260 | **Nonpriority creditor's name and mailing address**<br>Lumberman Merchandising Corp.<br>PO Box 6790<br>Rebate Accounting<br>Wayne, PA 19087 | As of the petition filing date, the claim is: Check all that apply. | $17,592.02 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.261 | **Nonpriority creditor's name and mailing address**<br>M. Lombardo Landscaping LLC<br>255 Morristown Rd<br>Gillette, NJ 07933 | As of the petition filing date, the claim is: Check all that apply. | $2,479.12 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address**<br>MAGNA Products Corp.<br>777 Mt. Read Blvd<br>Rochester, NY 14606 | As of the petition filing date, the claim is: Check all that apply. | $6,217.46 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address**<br>Malcom Moore, LLC<br>Attn Karen Herl<br>2014 Admiral Drive<br>Stafford, VA 22554 | As of the petition filing date, the claim is: Check all that apply. | $31,660.00 |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,409.73 |
|---|---|---|---|

**Manheim Hydraulics**
47 East End Drive
Manheim, PA 17545

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|

**Mansfield Sanitation Services LLC**
PO Box 50
Venango, PA 16440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Marco Technologies, LLC**
PO Box 782773
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,054.88 |
|---|---|---|---|

**Marco Texas**
PO Box 660831
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.00 |
|---|---|---|---|

**Marketplace Chaplains USA**
2001 W. Plano Parkway
Suite 3200
Plano, TX 75075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,369.36 |
|---|---|---|---|

**Martin Water Conditioning**
308 W. Penn Ave
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,297.00 |
|---|---|---|---|

**Marvin & Delores Nolt**
1221 Division Highway
Ephrata, PA 17522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,392.08 |
|---|---|---|---|

**McDonough Mfg Co.**
PO Box 510
Eau Claire, WI 54702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32.65 |

**3.272**

Nonpriority creditor's name and mailing address
McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$32.65

---

**3.273**

Nonpriority creditor's name and mailing address
Mease Auto Rentals
2828 State Route 72
Jonestown, PA 17038

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$12,529.20

---

**3.274**

Nonpriority creditor's name and mailing address
Mechanical Technologies
Division Case-Polytech Inc.
PO Box 6188
Ashland, VA 23005

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$478.17

---

**3.275**

Nonpriority creditor's name and mailing address
Mello Vending Co., Inc.
1300 Chestnut Street
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$1,965.90

---

**3.276**

Nonpriority creditor's name and mailing address
Mellott Manufacturing Co. Inc
13156 Long Lane
Mercersburg, PA 17236

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$930.14

---

**3.277**

Nonpriority creditor's name and mailing address
Mereen-Johnson Machine Co.
5301 East River Road
Suite 113
Minneapolis, MN 55421

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$2,001.65

---

**3.278**

Nonpriority creditor's name and mailing address
MET-ED
P.O. Box 3687
Akron, OH 44309-3687

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$652,547.00

---

**3.279**

Nonpriority creditor's name and mailing address
MET-ED
PO Box 371422
Pittsburgh, PA 15250

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

$650,162.54

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,389.39 |
|---|---|---|---|

**3.280**
Nonpriority creditor's name and mailing address
Metropolitan Telecommunication
PO Box 9660
Manchester, NH 03108

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,389.39**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.281**
Nonpriority creditor's name and mailing address
Meyer Oil Co
PO Box 2004
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*                    **$109,128.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.282**
Nonpriority creditor's name and mailing address
Meyer Oil Co.
P.O. Box 2004
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*                    **$95,136.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.283**
Nonpriority creditor's name and mailing address
MHP Industries, Inc.
2402 E Cumberland Street
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,769.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.284**
Nonpriority creditor's name and mailing address
Michael Blose Signs
PO Box 32
Campbelltown, PA 17010

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,229.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.285**
Nonpriority creditor's name and mailing address
Michael Swiegard
299 Million Dollar Road
Halifax, PA 17032

As of the petition filing date, the claim is: *Check all that apply.*                    **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.286**
Nonpriority creditor's name and mailing address
Michael Weinig, Inc.
124 Crosslake Park Drive
P.O. Box 3158
Mooresville, NC 28117

As of the petition filing date, the claim is: *Check all that apply.*                    **$83,933.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.287**
Nonpriority creditor's name and mailing address
Michael Weining, Inc.
124 Crosslake Park
PO Box 3158
Mooresville, NC 28117

As of the petition filing date, the claim is: *Check all that apply.*                    **$99,700.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,950.87 |
|---|---|---|---|

Midwest Sales, Inc.
457 SE Oldham Park
Lees Summit, MO 64081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,913.45 |
|---|---|---|---|

Mielke Hauling LLC
413 Hollow Road
Phoenixville, PA 19460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.78 |
|---|---|---|---|

Mill Creek Group, LLC
4010 McIntosh Road
Harrisburg, PA 17112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,118.21 |
|---|---|---|---|

Mill Market
1589 Sulphur Springs
Suite 111
Halethorpe, MD 21227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,673.16 |
|---|---|---|---|

Miller & Bixler Auto Parts, Inc.
1622 W. Cumberland
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,484.20 |
|---|---|---|---|

Millwood, Inc.
3708 International Blvd
Vienna, OH 44473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,034.64 |
|---|---|---|---|

Monarch Inventory Inc.
PO Box 40219
Overland Park, KS 66204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,434.05 |
|---|---|---|---|

Montgomery Industries
PO Box 3687
Jacksonville, FL 32206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,643.42 |
|---|---|---|---|
| | Moonlight Packaging<br>1300 W 1rst St<br>Oil City, PA 16301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,503.55 |
|---|---|---|---|
| | Morgan Lewis & Bockius LLP<br>PO Box 8500<br>S-6050<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,900.00 |
|---|---|---|---|
| | Morgan Lewis & Bockius, LLP<br>P.O. Box 8500<br>S-6050<br>Philadelphia, PA 19178-6050 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $998.48 |
|---|---|---|---|
| | Moulder Services, Inc.<br>PO Box 450<br>Union Grove, NC 28689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,612.30 |
|---|---|---|---|
| | Mountaineer Kiln Dry<br>PO Box 772<br>Belington, WV 26250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,735.19 |
|---|---|---|---|
| | MSC Industrial Supply Co<br>Melville, NY 11747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,724.27 |
|---|---|---|---|
| | MSC Industrial Supply Co. Inc.<br>PO Box 953635<br>Saint Louis, MO 63195 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,825.32 |
|---|---|---|---|
| | Mt. Royal<br>6310 Blair Hill Lane<br>Baltimore, MD 21209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.304** **Nonpriority creditor's name and mailing address** Nanochem Technologies 1203 Kent Street Elkhart, IN 46514 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $28,036.80 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.305** **Nonpriority creditor's name and mailing address** NAPA Auto Parts Miller & Bixler Autoparts, Inc. 1622 Cumberland Street Lebanon, PA 17042 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,212.15 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** 9269 | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.306** **Nonpriority creditor's name and mailing address** ND Industries, Inc. PO Box 713512 Chicago, IL 60677 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $825.00 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.307** **Nonpriority creditor's name and mailing address** Neptune Lumber & Woodworking 67 Box Canyon Trial Wassaic, NY 12592 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.308** **Nonpriority creditor's name and mailing address** New Enterprise Stone & Lime co. PO Box 645211 Pittsburgh, PA 15264 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $794.48 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.309** **Nonpriority creditor's name and mailing address** New River Hardwoods, Inc. PO Box 2394 Beckley, WV 25801 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $27,109.68 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.310** **Nonpriority creditor's name and mailing address** Newark Element 14 33190 Collection Center Drive Chicago, IL 60693 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $34.44 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.311** **Nonpriority creditor's name and mailing address** Newman Machine Company 2949 Lees Chapel Road Browns Summit, NC 27214 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,393.23 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

| 3.312 | **Nonpriority creditor's name and mailing address**<br>Nicholson MFG Co.<br>Dept Ch - Box 17069<br><br>Palatine, IL 60055 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,201.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address**<br>North Industrial Chemicals<br>PO Box 1985<br>York, PA 17405 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,418.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☐ No   ☐ Yes | |

| 3.314 | **Nonpriority creditor's name and mailing address**<br>Northeastern Lumber Manufacturer Assoc.<br>PO Box 87A<br>Cumberland Center, ME 04021 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $580.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address**<br>NRG Business Marketing<br>PO Box 32179<br>New York, NY 10087 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,147.33 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address**<br>NU - Tec Tooling Company, Inc.<br>PO Box 98<br>13115 State Route 405<br>Watsontown, PA 17777 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,596.76 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address**<br>NWH-Industrial Timber & Lumber<br>P.O. Box 74008129<br>Chicago, IL 60674-8129 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $97,151.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address**<br>Orchard Pump & Supply Co. Inc.<br>PO Box 158<br>Winfield, PA 17889 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,115.05 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address**<br>PA Asphalt LLC<br>1505 Quentin Road<br>Lebanon, PA 17042 | As of the petition filing date, the claim is: Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,692.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| | | |
|---|---|---|
| **3.320** | **Nonpriority creditor's name and mailing address**<br>PA Sling Company<br>PO Box 781712<br>Philadelphia, PA 19178 | As of the petition filing date, the claim is: *Check all that apply.*    $2,701.47<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.321** | **Nonpriority creditor's name and mailing address**<br>Parmer Metered Concrete Inc.<br>18125 N. Ramsey Rd<br>Rathdrum, ID 83858 | As of the petition filing date, the claim is: *Check all that apply.*    $4,542.83<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.322** | **Nonpriority creditor's name and mailing address**<br>Paul & Denise Fegley<br>489 Ponderosa Road<br>Carlisle, PA 17015 | As of the petition filing date, the claim is: *Check all that apply.*    $9,346.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.323** | **Nonpriority creditor's name and mailing address**<br>Paw Taw John Services, Inc.<br>18125 N. Ramsey Rod<br>Rathdrum, ID 83858 | As of the petition filing date, the claim is: *Check all that apply.*    $4,542.83<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.324** | **Nonpriority creditor's name and mailing address**<br>Peak Toolworks<br>c/o Lorelei Lamar<br>PO Box 4762<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is: *Check all that apply.*    $14,948.09<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.325** | **Nonpriority creditor's name and mailing address**<br>Peak Toolworks<br>PO Box 4762<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is: *Check all that apply.*    $14,160.32<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.326** | **Nonpriority creditor's name and mailing address**<br>Pendu Mfg Inc.<br>718 North Shirk Road<br>New Holland, PA 17557 | As of the petition filing date, the claim is: *Check all that apply.*    $151.69<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.327** | **Nonpriority creditor's name and mailing address**<br>Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 | As of the petition filing date, the claim is: *Check all that apply.*    $69,652.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset?    ☒ No    ☐ Yes |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,755.53 |
|---|---|---|---|

**3.328** Nonpriority creditor's name and mailing address
Penelec
PO Box 3687
Akron, OH 44309

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$91,755.53**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.329** Nonpriority creditor's name and mailing address
Penn-Air & Hydraulics, Corp
580 Davies Drive
York, PA 17402

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$1,180.54**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.330** Nonpriority creditor's name and mailing address
PennAir
c/o Ritch Mason
580 Davies Drive
York, PA 17402

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$1,180.54**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.331** Nonpriority creditor's name and mailing address
Pennsylvania Hardwoods Co.
2253 State Route 227
Pleasantville, PA 16341

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$26,352.28**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.332** Nonpriority creditor's name and mailing address
Penske Truck Leasing Co LP (leases)
PO Box 827380
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$28,162.59**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.333** Nonpriority creditor's name and mailing address
Penske Truck Leasing Co., LP
P.O. Box 827380
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$76,353.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address
PET Benefit Solutions
211 Blvd of the Americas
Suite 403
Lakewood, NJ 08701

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$487.25**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address
Petro Choice LLC
P.O. Box 737894
Dallas, TX 75373-7894

☐ Contingent
☐ Unliquidated
☐ Disputed

As of the petition filing date, the claim is: *Check all that apply.*

**$105,040.00**

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,617.86 |
|---|---|---|---|

**3.336** Nonpriority creditor's name and mailing address
Petro Choice LLC
PO Box 737894
Dallas, TX 75373

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$101,617.86

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.337** Nonpriority creditor's name and mailing address
Pioneer Electric Supply Co. Inc.
PO Box 348
Franklin, PA 16323

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$12.69

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.338** Nonpriority creditor's name and mailing address
PNGLC
PO Box 5070
Lancaster, PA 17606

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$32,816.59

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.339** Nonpriority creditor's name and mailing address
Post & Schell PC
Three Logan Square
1717 Arch Street 24th Floor
Philadelphia, PA 19103

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$68,708.06

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.340** Nonpriority creditor's name and mailing address
Powerton Generations, Inc.
517 King Street
Lebanon, PA 17042

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$750.83

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.341** Nonpriority creditor's name and mailing address
Precision Transport
10939 Skyline Drive
Titusville, PA 16354

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$28,125.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.342** Nonpriority creditor's name and mailing address
Premier Logistics Partners
9810a Medlock Bridge Road
Suite 100
Duluth, GA 30097

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$879.97

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.343** Nonpriority creditor's name and mailing address
Premier Tree Service, Inc.
550 W. Trout Run Road
Ephrata, PA 17522

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$456.83

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,529.90 |
|---|---|---|---|

**3.344** Nonpriority creditor's name and mailing address
Prime Therapeutics Management LLC
PO Box 782053
Philadelphia, PA 19178

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$11,529.90**

---

**3.345** Nonpriority creditor's name and mailing address
Pro Tree Services, LLC
14 Crozerville Road
Aston, PA 19014

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$14,291.79**

---

**3.346** Nonpriority creditor's name and mailing address
Protech Mechanical Contractors, II
1913 McFarland Drive
Landisville, PA 17538

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$744.90**

---

**3.347** Nonpriority creditor's name and mailing address
PTC E-ZPass Customer Service Center
Commercial   Vehicle Operation
PO Box 644386
Pittsburgh, PA 15264

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$16,983.82**

---

**3.348** Nonpriority creditor's name and mailing address
Pulaski Properties, LLC
9315 Pulaski Highway
Middle River, MD 21220

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$10,874.32**

---

**3.349** Nonpriority creditor's name and mailing address
Quad-State Air Compressor
362 South Carlisle Street
Greencastle, PA 17225

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$5,752.72**

---

**3.350** Nonpriority creditor's name and mailing address
Quadient Leasing
PO Box 123682
Dallas, TX 75312

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$271.11**

---

**3.351** Nonpriority creditor's name and mailing address
Quill Corporation
PO Box 37600
Philadelphia, PA 19101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

**$11,239.96**

---

| | | |
|---|---|---|
| **3.352** **Nonpriority creditor's name and mailing address** R/W Connection, Inc PO Box 287 Silver Spring, PA 17575 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,780.37 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.353** **Nonpriority creditor's name and mailing address** R&C Contracting Plowing & Excavating Inc 17200 State Highway 8 Centerville, PA 16404 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,645.00 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.354** **Nonpriority creditor's name and mailing address** R&L Carriers Attn AR Dept PO Box 271 Wilmington, OH 45177 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,135.93 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.355** **Nonpriority creditor's name and mailing address** R&M Wood, Inc. c/o Timothy Wood 345 Barrett Lane Cabot, AR 72023 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $42,473.50 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.356** **Nonpriority creditor's name and mailing address** Radwell International Inc. PO Box 419343 Boston, MA 02241 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $177.03 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.357** **Nonpriority creditor's name and mailing address** Ram Forest Products, Inc. 1716 Honeoye Road Shinglehouse, PA 16748 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $23,858.00 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.358** **Nonpriority creditor's name and mailing address** Ram Industrial Services Inc. PO Box 95365 Chicago, IL 60694 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $7,954.00 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |
| **3.359** **Nonpriority creditor's name and mailing address** Rambo Run Logging LLC 5894 Brenneman Drive Stewartstown, PA 17363 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $34,472.67 |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.360**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $2,280.72
Raymond Acheson
94 Fredon Marksbo                      ☐ Contingent
Newton, NJ 07860                     ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.361**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $173,861.00
Readaptive Services
P.O. Box 102547                       ☐ Contingent
Pasadena, CA 91189-2547             ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.362**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $190,774.42
Redaptive Services
PO Box 102547                        ☐ Contingent
Pasadena, CA 91189                ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.363**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $3,713.26
Redwood Tree & Landworx LLC
PO Box 500                          ☐ Contingent
New Providence, NJ 07974             ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.364**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $316.49
Reed's Lock & Access Control Systems Inc
700 East main Street                  ☐ Contingent
Annville, PA 17003                ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.365**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $11,309.70
RG Group
PO Box 62744                         ☐ Contingent
Baltimore, MD 21264              ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.366**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $9,600.00
RHP Risk Management, LLC
745 W Higgins Road
Suite 320                           ☐ Contingent
Chicago, IL 60631                ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.367**   **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.       $17,412.18
Richard E. Powell
300 Schneck Street                   ☐ Contingent
Bethel, PA 19507                 ☐ Unliquidated
                                    ☐ Disputed

Date(s) debt was incurred _            Basis for the claim: _
Last 4 digits of account number _        Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,252.35 |
|---|---|---|---|

**3.368**

Nonpriority creditor's name and mailing address
Ring's End Inc.
181 West Ave
Darien, CT 06820

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $5,252.35
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.369**

Nonpriority creditor's name and mailing address
Ritz Family Partnership
451 Tulip Lane
York, PA 17406

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $5,095.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.370**

Nonpriority creditor's name and mailing address
Rivera's General Service LLC
2512 Bainbridge Road
Elizabethtown, PA 17022

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $1,746.98
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.371**

Nonpriority creditor's name and mailing address
Riverhill Poultry /Gary Cubbage
3240 Honeyville Road
Stanley, VA 22851

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $2,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.372**

Nonpriority creditor's name and mailing address
Riverside Drive Tire Service
1834 US 62
Oil City, PA 16301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $382.66
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.373**

Nonpriority creditor's name and mailing address
RKL LLP
PO Box 8408
Lancaster, PA 17604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $77,699.33
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.374**

Nonpriority creditor's name and mailing address
Roadrunner Recycling nc.
PO Box 6011
Hermitage, PA 16148

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $2,833.71
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.375**

Nonpriority creditor's name and mailing address
Robert P. Halpin
107 Smithbridge Road
Glen Mills, PA 19342

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $4,752.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,205.53 |
|---|---|---|---|

**3.376** Nonpriority creditor's name and mailing address
Ron Jones Hardwood
2 East High Street
PO Box 232
Union City, PA 16438

As of the petition filing date, the claim is: *Check all that apply.*     **$93,205.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.377** Nonpriority creditor's name and mailing address
RR Logging and   Firewood LLC
490 Sportsman Road
Denver, PA 17517

As of the petition filing date, the claim is: *Check all that apply.*     **$60,933.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.378** Nonpriority creditor's name and mailing address
RT Machine Service In.
201 Boak Ave
Hughesville, PA 17737

As of the petition filing date, the claim is: *Check all that apply.*     **$2,356.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.379** Nonpriority creditor's name and mailing address
Rubo Monocoat USA LLC
22111 State Highway 71 Ste 301
Spicewood, TX 78669

As of the petition filing date, the claim is: *Check all that apply.*     **$1,478.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.380** Nonpriority creditor's name and mailing address
S&H Cleaning
720 Quentin Road
Ste 7
Lebanon, PA 17042

As of the petition filing date, the claim is: *Check all that apply.*     **$20,866.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.381** Nonpriority creditor's name and mailing address
SABO PR LLC
7041 Riverwood Lane SE
Grand Rapids, MI 49546

As of the petition filing date, the claim is: *Check all that apply.*     **$314.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.382** Nonpriority creditor's name and mailing address
Safety-Kleen Systems, Inc.
PO Box 382066
Pittsburgh, PA 15250

As of the petition filing date, the claim is: *Check all that apply.*     **$437.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address
SC&H Group, Inc.
910 Ridgebrook Road
Sparks Glencoe, MD 21152

As of the petition filing date, the claim is: *Check all that apply.*     **$25,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,835.21 |
|---|---|---|---|

**3.384** Nonpriority creditor's name and mailing address
Schaedler Yesco Distribution
PO Box 4990
Harrisburg, PA 17111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$2,835.21**

---

**3.385** Nonpriority creditor's name and mailing address
Seedway LLC
PO Box 250
Hall, NY 14463

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$3,058.00**

---

**3.386** Nonpriority creditor's name and mailing address
Seneca Tree Service
964 Eisenberger Rd
Strasburg, PA 17579

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$104,798.54**

---

**3.387** Nonpriority creditor's name and mailing address
Sentry Insurance Co
PO Box 8045
Stevens Point, WI 54481

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$37,173.91**

---

**3.388** Nonpriority creditor's name and mailing address
Shades of Green Inc
1777 S. Pennsylvania Ave
Morrisville, PA 19067

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$6,032.84**

---

**3.389** Nonpriority creditor's name and mailing address
Sheets Timberview Forestry
266 Black Barren Road
Peach Bottom, PA 17563

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$7,343.17**

---

**3.390** Nonpriority creditor's name and mailing address
Shorr Packaging Corp.
4000 Ferry Road
Aurora, IL 60502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$354.04**

---

**3.391** Nonpriority creditor's name and mailing address
Signode
PO Box 71057
Chicago, IL 60694

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

**$473.44**

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.00 |
|---|---|---|---|

**Smith Farms LLC**
417 Brook Ave
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,453.77 |
|---|---|---|---|

**Snyder Logging Supplies**
13020 State Highway 8
Titusville, PA 16354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,167.06 |
|---|---|---|---|

**Soapstone Sawmill, LLC**
332 Little Britian Ch
Peach Bottom, PA 17563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.00 |
|---|---|---|---|

**Southeast Sales & Marketing Inc.**
PO Box 51
Newton, NC 28658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.70 |
|---|---|---|---|

**Stahl's Sawmill & Logging Supplies LLC**
Mount Pleasant Mills
Mount Pleasant Mills, PA 17853

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,409.31 |
|---|---|---|---|

**Standard Colors Inc.**
PO Box 2808
High Point, NC 27261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,790.75 |
|---|---|---|---|

**Stanley Lumber Products**
PO Box 609
Point Clear, AL 36564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $618.63 |
|---|---|---|---|

**Starke Tree Care, LLC**
PO Box 1281
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.400** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| State Corporation Commission | | |
| PO Box 5540 | ☐ Contingent | |
| Binghamton, NY 13902 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.401** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| State of New Hampshire | | |
| NH Dept of Revenue | | |
| PO Box 1265 | ☐ Contingent | |
| Concord, NH 03302 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.402** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.00** |
| Steckbeck Engineering and Surveying, Inc | | |
| 279 North Zinns Mill Road, Ste A | ☐ Contingent | |
| Lebanon, PA 17042 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.403** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$631.00** |
| Stella Contracting, LLC | | |
| PO Box 902 | ☐ Contingent | |
| Elmer, NJ 08318 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.404** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$796.17** |
| Stephenson Equipment Inc. | | |
| 7201 Paxton Street | ☐ Contingent | |
| Harrisburg, PA 17111 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.405** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,264.00** |
| Stewart Welding & Fabricating, Inc. | | |
| 6287 Lincoln Highway | ☐ Contingent | |
| Wrightsville, PA 17368 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.406** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.75** |
| Stiles Machinery Inc. | | |
| PO Box 23218 | ☐ Contingent | |
| New York, NY 10087 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.407** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,499.92** |
| Stoltzfus Forest Products, LLC | | |
| 675 Nottingham Road | ☐ Contingent | |
| Peach Bottom, PA 17563 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.408 | Nonpriority creditor's name and mailing address<br>Stoners Tree Service Inc.<br>2757 Chestnut Road<br>Elizabethtown, PA 17022 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,833.11 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.409 | Nonpriority creditor's name and mailing address<br>Stony Top Turf & Lanscape, LLC<br>43 Clubhouse Road<br>Pine Grove, PA 17963 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,069.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address<br>Summit Forest Products<br>Attn:   Matt Bubar, President<br>5999 South Park Avenue<br>PMB 269<br>Hamburg, NY 14075 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108,293.13 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.411 | Nonpriority creditor's name and mailing address<br>Summit Forest Products LLC<br>5999 South Park Ave<br>PO Box 269<br>Hamburg, NY 14075 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $108,293.13 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.412 | Nonpriority creditor's name and mailing address<br>Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $93.14 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.413 | Nonpriority creditor's name and mailing address<br>Sunrise Log & Lumber<br>880 Telegraph Road<br>Coatesville, PA 19320 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,440.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.414 | Nonpriority creditor's name and mailing address<br>Supremely Clean<br>13034 North Perry Road<br>Titusville, PA 16354 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,190.40 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.415 | Nonpriority creditor's name and mailing address<br>Tanner Lumber Co<br>PO Box 1637<br>Elkins, WV 26241 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $112,805.91 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,116.00 |
|---|---|---|---|

**3.416**
Nonpriority creditor's name and mailing address
Tanner Lumber Company
P.O. Box 1637
Elkins, WV 26241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$97,116.00**

---

**3.417**
Nonpriority creditor's name and mailing address
Tech Mark, Inc.
7901 Industry Drive
North Little Rock, AR 72117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$225.63**

---

**3.418**
Nonpriority creditor's name and mailing address
Telesystem
PO Box 60410
Rossford, OH 43460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,040.13**

---

**3.419**
Nonpriority creditor's name and mailing address
Tennant Sales and Service Co.
PO Box 71414
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,729.85**

---

**3.420**
Nonpriority creditor's name and mailing address
Tennco Supply
1825 Hummel Ave
Camp Hill, PA 17011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$4,791.16**

---

**3.421**
Nonpriority creditor's name and mailing address
The CEI Group, LLC
PO Box 829935
Philadelphia, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$835.00**

---

**3.422**
Nonpriority creditor's name and mailing address
The Firewood Farm, Inc.
325 Bergen Street
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$7,327.74**

---

**3.423**
Nonpriority creditor's name and mailing address
The Hartford
PO Box 783690
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

**$11,443.43**

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.00 |
|---|---|---|---|
| | The Standard Group<br>500 East Oregon Road<br>Lititz, PA 17543 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $382.32 |
|---|---|---|---|
| | The Supply Room<br>PO Box 791416<br>Baltimore, MD 21279 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453,212.00 |
|---|---|---|---|
| | Thunder Staffing, Inc.<br>5014 E. State Boulevard<br>Fort Wayne, IN 46815 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $702.72 |
|---|---|---|---|
| | Tillett Inc.<br>Palmyra, PA 17078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $824.09 |
|---|---|---|---|
| | Timesavers, Inc.<br>11123 80th Ave N<br>Osseo, MN 55369 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,905.31 |
|---|---|---|---|
| | TMC Transportation<br>PO Box 3567<br>Omaha, NE 68103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,542.26 |
|---|---|---|---|
| | Towlift Inc<br>PO Box 92439<br>York, PA 17404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,661.47 |
|---|---|---|---|
| | Trade Concepts Group, Inc.<br>PO Box 662<br>Brownstown, PA 17508 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Case 1:25-bk-02167-HWV   Doc 109-3   Filed 09/18/25   Entered 09/18/25 13:58:29
Desc Schedule EF   Page 55 of 63

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.97 |
|---|---|---|---|

**3.432** Nonpriority creditor's name and mailing address
Transit Safety LLC
PO Box 844789
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$174.97

---

**3.433** Nonpriority creditor's name and mailing address
Transply Inc.
PO Box 7727
York, PA 17404

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,524.26

---

**3.434** Nonpriority creditor's name and mailing address
Tree Chief LLC
29 Fred Terr
Dover, NJ 07801

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,755.44

---

**3.435** Nonpriority creditor's name and mailing address
Triangle Communications, Inc
940 West Main Street
New Holland, PA 17557

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$142.04

---

**3.436** Nonpriority creditor's name and mailing address
Trinity Logistics Inc
PO Box 1620
Seaford, DE 19973

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$76,475.00

---

**3.437** Nonpriority creditor's name and mailing address
Trinity Logistics Inc.
PO Box 536203
Pittsburgh, PA 15253

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$59,150.00

---

**3.438** Nonpriority creditor's name and mailing address
Truck Parts Plus Inc.
14 Brenneman Circle
Mechanicsburg, PA 17050

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$5,070.40

---

**3.439** Nonpriority creditor's name and mailing address
Trucpro Holding Corp
220 Orlan Road
New Holland, PA 17557

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$83.10

| | | |
|---|---|---|
| **3.440** | **Nonpriority creditor's name and mailing address** <br> TS Manufacturing Co <br> Lindsay ON K9V 6H4 <br> Ontario Canada | **As of the petition filing date, the claim is:** *Check all that apply.*     **$392.90** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.441** | **Nonpriority creditor's name and mailing address** <br> Turman Sawmills, Inc. <br> 555 Expansion Drive <br> Hillsville, VA 24343 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$37,456.25** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.442** | **Nonpriority creditor's name and mailing address** <br> Turman Tye River, Inc <br> 776 Thomas Nelson Highway <br> Arrington, VA 22922 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$52,909.92** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.443** | **Nonpriority creditor's name and mailing address** <br> Turner Hydraulics Inc. <br> 1605 Industrial Drive <br> Carlisle, PA 17013 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$39,285.61** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.444** | **Nonpriority creditor's name and mailing address** <br> Tyr Wood Products Inc. <br> 400 SW 6th Ave Ste 600 <br> Portland, OR 97204 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$30,490.74** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.445** | **Nonpriority creditor's name and mailing address** <br> UBEO LLC <br> PO Box 791790 <br> Baltimore, MD 21279 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$353.72** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.446** | **Nonpriority creditor's name and mailing address** <br> UC Coatings, LLC <br> PO Box 74631 <br> Cleveland, OH 44194 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$5,264.24** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.447** | **Nonpriority creditor's name and mailing address** <br> UGI Utilities, Inc. <br> PO Box 15503 <br> Wilmington, DE 19850 | **As of the petition filing date, the claim is:** *Check all that apply.*     **$887.78** <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes |

| 3.448 | **Nonpriority creditor's name and mailing address**<br>UL Verification Services Inc.<br>333 Springsteen Road<br>Northbrook, IL 60062 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,275.62 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.449 | **Nonpriority creditor's name and mailing address**<br>Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,344.80 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.450 | **Nonpriority creditor's name and mailing address**<br>ULINE<br>PO Box 88741<br>Chicago, IL 60680 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,941.60 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.451 | **Nonpriority creditor's name and mailing address**<br>Umbergers Tree Service<br>42 S. Zinns Mill Road<br>Lebanon, PA 17042 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $928.79 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.452 | **Nonpriority creditor's name and mailing address**<br>Unifirst Corporation<br>18094 Woodland Drive<br>Meadville, PA 16335 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $504.10 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.453 | **Nonpriority creditor's name and mailing address**<br>United Alignments<br>512 Nauvoo Road<br>Lewisberry, PA 17339 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $584.50 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.454 | **Nonpriority creditor's name and mailing address**<br>United Parcel Service<br>PO Box 650116<br>Dallas, TX 75265 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $234.74 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.455 | **Nonpriority creditor's name and mailing address**<br>USA Blue Book<br>PO Box 9004<br>Gurnee, IL 60031 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77.75 |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address**<br>USA Pro Tree Service LLC<br>40 Harrison Ave<br>West Orange, NJ 07052 | **As of the petition filing date, the claim is:** *Check all that apply.*      $1,051.50<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.457 | **Nonpriority creditor's name and mailing address**<br>Utility Keystone Trailer Sales, Inc.<br>c/o Denise Weber<br>1976 Auction Road<br>Manheim, PA 17545 | **As of the petition filing date, the claim is:** *Check all that apply.*      $1,461.57<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.458 | **Nonpriority creditor's name and mailing address**<br>Utility/Keystone Trailer Sales<br>1976 Auction Road<br>Manheim, PA 17545 | **As of the petition filing date, the claim is:** *Check all that apply.*      $515.46<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address**<br>Venango Newspapers<br>1510 West First Street<br>PO Box 889<br>Oil City, PA 16301 | **As of the petition filing date, the claim is:** *Check all that apply.*      $2,986.19<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.460 | **Nonpriority creditor's name and mailing address**<br>Veritiv/Unisource<br>7472 Collection Center Drive<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** *Check all that apply.*      $81,142.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address**<br>Veritiv/Unisource<br>7472 Collection Center Drive<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** *Check all that apply.*      $96,996.50<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address**<br>Verizon<br>PO Box 15043<br>Albany, NY 12212 | **As of the petition filing date, the claim is:** *Check all that apply.*      $497.14<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address**<br>Wagner Electronics<br>32 Pine Grove Road<br>Rogue River, OR 97537 | **As of the petition filing date, the claim is:** *Check all that apply.*      $1,930.99<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.464 | **Nonpriority creditor's name and mailing address**<br>Warren County Trucking, LLC<br>PO Box 742<br>Flanders, NJ 07836 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,447.54 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.465 | **Nonpriority creditor's name and mailing address**<br>Warren Hippel Inc.<br>509 Riva Ave<br>East Brunswick, NJ 08816 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,368.40 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.466 | **Nonpriority creditor's name and mailing address**<br>Weber Advertising & Marketing<br>533 Janet Avenue<br>Lancaster, PA 17601 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.467 | **Nonpriority creditor's name and mailing address**<br>Wells Fargo Equipment Finance<br>Equipment & Vendor Finance<br>PO Box 77101<br>Minneapolis, MN 55480-7101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $369.62 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.468 | **Nonpriority creditor's name and mailing address**<br>Wellspan Occupational Health<br>PO Box 748<br>York, PA 17405 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,890.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.469 | **Nonpriority creditor's name and mailing address**<br>Western PA Newspaper Co.<br>860 South 5th Ave<br>Suite 4<br>Clarion, PA 16214 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $483.20 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.470 | **Nonpriority creditor's name and mailing address**<br>Western Pneumatics Inc.<br>PO Box 21340<br>Eugene, OR 97402 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,466.00 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.471 | **Nonpriority creditor's name and mailing address**<br>Western Roller Corporation<br>PO Box 5908<br>Bend, OR 97708 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $561.20 |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575.58 |
|---|---|---|---|

WG Malden
PO Box
East Earl, PA 17519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,799.00 |
|---|---|---|---|

White Oak Sawmill, LLC
964 Eisenberger Road
Strasburg, PA 17579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,529.02 |
|---|---|---|---|

Wilkens Trailers (lease)
100 Legion Drive
PO Box 100
Bethel, PA 19507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,159.00 |
|---|---|---|---|

William & Cynthia Reber
1225 Mount Zion Road
Lebanon, PA 17046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,975.00 |
|---|---|---|---|

William Vaughn Co
145 Chesterfield Lane
Maumee, OH 43537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,752.85 |
|---|---|---|---|

Wind River Environmental LLC
PO Box 22074
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,115.00 |
|---|---|---|---|

Wismer Tree Management LLC
Attn:   Cory Wismer
106 Treichler Rd
Alburtis, PA 18011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.00 |
|---|---|---|---|

Witmer Public Safety Group
101 Independence Way
Coatesville, PA 19320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.23 |
|---|---|---|---|

**Worldwide Express Inc.**
6650 Eastland Road
Cleveland, OH 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,952.37 |
|---|---|---|---|

**XYLEM Dewatering Solutins, Inc.**
26717 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,380.77 |
|---|---|---|---|

**Yeager Supply Inc.**
PO Box 1177
1440 N. 6th Street
Reading, PA 19603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,258.00 |
|---|---|---|---|

**York Saw & Knife Company**
295 Emig Road
York, PA 17406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,813.29 |
|---|---|---|---|

**Zadok Matthew Deger**
1043 Township Line Rd
Phoenixville, PA 19460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,386.41 |
|---|---|---|---|

**Zimmey's Auto Parts**
2555 E Cumberland St
Lebanon, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,665.87 |
|---|---|---|---|

**Zoro Tools, Inc**
PO Box 5233
Janesville, WI 53547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case 1:25-bk-02167-HWV    Doc 109-3    Filed 09/18/25    Entered 09/18/25 13:58:29
Desc Schedule EF    Page 62 of 63

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,589.55 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,628,401.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 11,634,991.09 |