# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Distribution Center | |
| | State the term remaining | | 25 Keystone PA<br>Attn: Jon Timmer<br>1550 East Beltline Avenue NE<br>Suite 150<br>Grand Rapids, MI 49506 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ADP, Inc.<br>740 Hamilton Street<br>Allentown, PA 18101 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Alexandria MW, LLC<br>4747 West Road 2, Suite B<br>La Porte, IN 46350 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Health Insurance Benefits | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Capital Blue Cross<br>PO Box 774234<br>Harrisburg, PA 17177 |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | Central Penn Machinery<br>1594 Cumberland St<br>PO Box 165<br>Lebanon, PA 17042 |
| | List the contract number of any government contract | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | dental health insurance Delta Dental PPO Group #18709 |
| | State the term remaining | |
| | List the contract number of any government contract | Delta Dental<br>1513 Country Club Road<br>Sherwood, AR 72120 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Environmental Regulatory Services |
| | State the term remaining | Entech Engineering, Inc<br>201 Penn Street<br>PO Box 32<br>Reading, PA 19603 |
| | List the contract number of any government contract | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | premium finance agreement PRMAL-W-2024-WEA 7063626261 |
| | State the term remaining | |
| | List the contract number of any government contract | First Insurance Funding<br>450 Skokie Blvd., Ste 1000<br>Northbrook, IL 60062 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | premium finance agreement CLP 3752755 and CAP 3752756 |
| | State the term remaining | |
| | List the contract number of any government contract | First Insurance Funding<br>450 Skokie Blvd., Ste 1000<br>Northbrook, IL 60062 |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | annual business agreement | |
| | State the term remaining | | Floor and Decor |
| | List the contract number of any government contract | | 2500 Windy Ridge Parkway SE Atlanta, GA 30339 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | April 1, 2018 until December 31, 2030 | Galen G. Weaber Patricia A. Weaber |
| | List the contract number of any government contract | | 1591 Cambridge Drive Lebanon, PA 17042 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | agreement | |
| | State the term remaining | | Georgia-Pacific Corporation |
| | List the contract number of any government contract | | 4300 Wildwood Parkway Atlanta, GA 30339 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Client and Service Agreement | |
| | State the term remaining | | Graham Company a Marsh & McLennan Agency LLC |
| | List the contract number of any government contract | | 1000 Atrium Way Ste 202 Mount Laurel, NJ 08054 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | HCC Life Insurance Company Three Town Park Commons |
| | List the contract number of any government contract | | 225 Town Park Drive Ste 350 Kennesaw, GA 30144 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Renewal Water Treatment and Services Program of Wastewater | |
| | State the term remaining | | Kroff |
| | | | One North Shore Center |
| | List the contract number of any government contract | | 12 Federal Street, Ste 450 |
| | | | Pittsburgh, PA 15212 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | Terminated 2024 | Malcolm Moore LLC |
| | | | Attn:  Julian Malcolm |
| | List the contract number of any government contract | | 600 Knoll Ridge Drive |
| | | | Charlottesville, VA 22903 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | master equipment finance agreement no. 272 | |
| | State the term remaining | | |
| | | | Pathward, NA |
| | List the contract number of any government contract | | 5480 Corporate Drive Ste 350 |
| | | | Troy, MI 48098 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Client ID PRXWEA | |
| | State the term remaining | | |
| | | | Prime Therapeutics Management, Inc. |
| | List the contract number of any government contract | | PO Box 783053 |
| | | | Philadelphia, PA 19178 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | | | Readaptive Services |
| | List the contract number of any government contract | | P.O. Box 102547 |
| | | | Pasadena, CA 91189-2547 |

| Debtor 1 | Weaber, Inc. | | | Case number (if known) | 25-02167 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Readaptive Services<br>P.O. Box 102547<br>Pasadena, CA 91189-2547 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Readaptive Services<br>P.O. Box 102547<br>Pasadena, CA 91189-2547 |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Readaptive Services<br>P.O. Box 102547<br>Pasadena, CA 91189-2547 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Telos Operatives LLC<br>8412 Pathfinders Court<br>Spotsylvania, VA 22553 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Supplier Buying Agreement |
| | State the term remaining | |
| | List the contract number of any government contract | The Home Depot<br>PO Box 7247-7986<br>Philadelphia, PA 19170 |

| Debtor 1 | Weaber, Inc. | | | Case number (if known) | 25-02167 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | USA Marketing Agreement - 2978525M | |
| | State the term remaining | | The Home Depot |
| | List the contract number of any government contract | | PO Box 7247-7986 Philadelphia, PA 19170 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | USA Rebate Agreement - 3012425M | |
| | State the term remaining | | The Home Depot |
| | List the contract number of any government contract | | PO Box 7247-7986 Philadelphia, PA 19170 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | USA Rebate Agreement - 2978425 | |
| | State the term remaining | | The Home Depot Solutions, LLC |
| | List the contract number of any government contract | | PO Box 7247-7986 Philadelphia, PA 19170 |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | WDE Maspell SRL Strada di Maratta |
| | List the contract number of any government contract | | 7 In. 1 05035 Narni (TR) ITALIA |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | agreement | |
| | State the term remaining | | Woodgrain Millwork, Inc dba Woodgrain Distribution |
| | List the contract number of any government contract | | 1301 Progress Center Ave Lawrenceville, GA 30043 |