**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re  Weaber, Inc.                                                                 Case No.  25-02167
                                        Debtor(s)                                   Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| WT Hardwood Group, Inc.<br>1231 Mt. Wilson Road<br>Lebanon, PA 17042 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  September 17, 2025                         Signature  _/s/ Matthew G. Weaber_
                                                            Matthew G. Weaber

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.