# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>WEABER, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 25-02167-HWV |

**RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ENTRY OF A FINAL ORDER GRANTING THE EMERGENCY MOTION OF WEABER, INC. FOR ORDER PURSUANT TO 11 U.S.C. § 363 TO: (I) PERMITTING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION TO PARTIES WITH INTEREST IN CASH COLLATERAL, (II) AUTHORIZING PAYMENT OF PREPETITION WAGES, (III) REQUESTING AN EXPEDITED HEARING, REDUCED NOTICE PERIOD AND LIMITED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c)(1) AND M.D. PA. L.B.R. 9075-1(A) AND (IV) GRANTING RELATED RELIEF**

    The Official Committee of Unsecured Creditors (the "Committee") of Weaber, Inc., debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), hereby makes this reservation of rights (the "Reservation") to the entry of a final order (a "Final Order") granting the *Emergency Motion of Weaber, Inc. for Order Pursuant to 11 U.S.C. § 363 to: (I) Permitting Use of Cash Collateral and Providing Adequate Protection to Parties with Interest in Cash Collateral, (II) Authorizing Payment of Prepetition Wages, (III) Requesting an Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedures 9006(c)(1) and M.D. Pa. L.B.R. 9075-1(A) and (IV) Granting Related Relief* [Docket No. 11] (the "Cash Collateral Motion"). In support of this Objection, the Committee respectfully states as follows:

    1.    The Committee believes that the Debtor should be authorized to use the cash collateral (the "Cash Collateral") of its pre-petition secured creditors. Indeed, the Committee, the Debtor, and JPMorgan Chase Bank, N.A. ("JPMC") have been in negotiations regarding the use of Cash Collateral.

1

2.  Despite good faith negotiations, a final form of proposed order granting the Cash Collateral Motion has not yet been circulated nor has a corresponding budget been agreed upon. Similarly, although the use of the Debtor's insurance proceeds has been discussed amount the parties, nothing has been finalized.

3.  The Committee therefore files this Reservation to reserve all rights with respect to the entry of a final order on the use of Cash Collateral and the Cash Collateral Motion. The Committee seeks to explicitly preserve the arguments set forth in the Committee's previous objection to the Motion [Docket No. 143] as well as arguments related to the application of insurance proceeds.

4.  The Committee also reserves all rights, claims, arguments, defenses, and remedies with respect to the secured lenders' claims or any other issue in this chapter 11 case, to seek discovery, and to raise additional objections in writing or orally at any hearing on the Cash Collateral Motion.

*[remainder of page intentionally left blank]*

WHEREFORE, the Committee respectfully requests that this Court enter an order (i) consistent with its Objection granting the Debtor's use of Cash Collateral, and (ii) granting such other and further relief as this Court deems just and proper.

Dated: October 30, 2025

Respectfully submitted,

*/s/ James R. Irving*
James Irving (Admitted *Pro Hac Vice*)
David K. Boydstun, Jr. (Admitted *Pro Hac Vice*)
DENTONS UNITED STATES, LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 587 3606
Email: james.irving@dentons.com
  david.boydstun@dentons.com

-and-

Thomas D. Maxson (Admitted *Pro Hac Vice*)
DENTONS UNITED STATES, LLP
625 Liberty Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 297 4772
E-mail: thomas.maxson@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

   I certify that on October 30, 2025, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

   <u>X</u>  upon filing, the Court's electronic noticing system sent notice to all parties participating in the CM/ECF system in this matter.

             */s/ James R. Irving*
             James R. Irving

4

25199796.v1

Case 1:25-bk-02167-HWV Doc 213 Filed 10/30/25 Entered 10/30/25 16:52:15 Desc
Main Document Page 4 of 4