IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

FILED
**November 21, 2025**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Harrisburg

IN RE: ) CHAPTER 11
)
WEABER, INC., )
)
    Debtor. )
) Bankruptcy No. 25-02167 (HWV)
) Judge Van Eck

### RESPONSE OF CREDITOR, THUNDER STAFFING, INC. TO DEBTOR'S OMNIBUS MOTION TO REJECT CERTAIN CONTRACTS

COMES NOW, Creditor, Thunder Staffing, Inc. ("Thunder"), and for its Response to the Motion to Reject Certain Contracts, does allege and say;

1. That Thunder had entered into an Agreement to provide staffing services to the Debtor in 2024.

2. That in January, 2025, Debtor owed Thunder the sum of $200,000.00 for services rendered and the Debtor promised to make a payment on the outstanding balance in consideration for additional services to be provided.

3. That Thunder ceased providing services to Debtor on June 21, 2025.

4. That at the time Thunder ceased providing services to Debtor, there was due and owing $485,639.70, and said amount remains owing and outstanding to Thunder.

WHEREFORE, Creditor Thunder Staffing, Inc. would respond to the Motion to Reject Certain Contracts and would report that the contract has already been terminated with the Debtor, who owes $485,639.70.

Respectfully Submitted,

THUNDER STAFFING, INC.
By: /s/
Mauricio Mercado, Operations Manager
4242 Flagstaff Cove
Fort Wayne IN 46815
Telephone: (260) 261-0027
Email: operations.manager@thunderstaffing.us