IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| *In re:* | Chapter 11 |
|---|---|
| **WEABER, INC.,** | **Bankruptcy No. 25-02167** |
| **Debtor.** | |

## CERTIFICATION OF NO OBJECTION

I, Albert A. Ciardi, III, Esquire, of Ciardi Ciardi & Astin, hereby certify that:

1. On November 10, 2025, the First Monthly Fee Statement of Bambach Enterprises, LLC d/b/a Bambach Advisors For The Period From August 1, 2025 Through October 31, 2025 ("Fee Statement"), at Docket Number 234.

2. On November 11, 2025 a Certificate of Service indicating service of the Fee Statement, at Docket Number 235.

4. More than fourteen (14) days have expired since service of the Fee Statement. The undersigned certifies that I have reviewed the Court's Docket in this case and no answer, objection, or other responsive pleading relating to the Fee Statement has been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtor as of the date of this Certification.

**CIARDI, CIARDI & ASTIN**

Dated: November 26, 2025    By:    */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
aciardi@ciardilaw.com

*Counsel to the Debtor*