UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 11 |
| WEABER, INC., | Case No.: 1:25-bk-02167 HWV |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the *Monthly Fee Statement of Dentons for the Period from November 1, 2025 through November 30, 2025* (ECF Docket No. 278) was electronically filed on the 5th day of December 2025, and was accordingly served upon all parties currently registered to receive notice via this Court's CM/ECF notification system. In addition, the Statement was served upon the parties listed on the attached in the manner indicated on the 5th day of December 2025.

Respectfully submitted,

*/s/ Thomas D. Maxson*
Thomas D. Maxson (PA ID No. 63207)
(Admitted *Pro Hac Vice*)
Campbell Flaherty (PA ID No. 334028)
DENTONS COHEN & GRIGSBY P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 297-4900
E-mail: thomas.maxson@dentons.com
Campbell.flaherty@dentons.com

-and-

James Irving (Admitted *Pro Hac Vice*)
David K. Boydstun, Jr. (*Pro Hac Vice Pending*)
DENTONS UNITED STATES, LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202
Phone: (502) 587 3606
Email: james.irving@dentons.com
david.boydstun@dentons.com

-and-

Troy A. Lawrence (*Pro Hac Vice Pending*)
DENTONS UNITED STATES, LLP
One City Center, Suite 11100
Portland, ME 04101
Phone: (207) 544 6490
Email: troy.lawrence@dentons.com

*Counsel to the Official Committee of Unsecured Creditors*

**SERVICE LIST**

**Via CM/ECF notification and Email**

Albert Anthony Ciardi, III on behalf of Debtor 1 Weaber, Inc.
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Stephan Hornung on behalf of Creditor JPMORGAN CHASE BANK, N.A.
stephan.hornung@morganlewis.com

Su Jin Kim on behalf of Creditor JPMORGAN CHASE BANK, N.A.
su.kim@morganlewis.com

Michael P. Kruszewski on behalf of Creditor Redaptive, Inc.
mkruszewski@leechtishman.com, dbender@leechtishman.com

Scott F Landis on behalf of Creditor Steven Lutz
slandis@barley.com, jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com

Christopher J Leavell on behalf of Creditor Alexandria Moulding, Inc.
cleavell@klehr.com, lclark@klehr.com;

Justin P Lindsey on behalf of Interested Party Alexis Stewart
justin@alrlawoffices.net

Robert William McAteer on behalf of Interested Party Commonwealth of Pennsylvania, Department of Environmental Protection
rmcateer@pa.gov

Jennifer Cranston McEntee on behalf of Debtor 1 Weaber, Inc.
jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

Nicole M Nigrelli on behalf of Debtor 1 Weaber, Inc.
nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Joel L Perrell, Jr on behalf of Creditor Pathward, National Association
joel.perrell@wbd-us.com

Michael J Roeschenthaler on behalf of Creditor Cyprium Investors IV AIV I L.P.
mroeschenthaler@raineslaw.com

Joseph P Schalk on behalf of Asst. U.S. Trustee United States Trustee
joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Daniel Robert Schimizzi on behalf of Creditor Cyprium Investors IV AIV I L.P.
dschimizzi@raineslaw.com, llescallette@raineslaw.com

David Noble Smith on behalf of Interested Party Commonwealth of Pennsylvania, Department of Environmental Protection
dnsmith@pa.gov

John M. Steiner on behalf of Creditor Redaptive, Inc.
jsteiner@leechtishman.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Rachel Wolf on behalf of Asst. U.S. Trustee United States Trustee
rachel.wolf@usdoj.gov

**Via E-Mail**

Tara L. Grundemeier on behalf of Lone Star College System, Harris Co, ESD #10, Harris Co ESD #01
Houston_bankruptcy@lgbs.com

John J. Allotta on behalf of BakerHostetler JAllotta@bakerlaw.com

Oil Creek Township Tax Collection, c/o Susan Kerr Susie.kerrmk1959@gmail.com

Dr. Krista M. Antonis, Annville Cleona School District kantonis@acschools.org

South Annville Township info@southannville.com, jhenning@southannville.com

Sallie Neuin on behalf of Lebanon County Treasurer sallie.neuin@lebanoncountypa.gov

John Bambach, Bambach Advisors bambach@bambachadvisors.com

**Via Fax**

Lebanon County Treasurer Fax No. (717) 228-4462

**Electronically uploaded to website as requested by recipient**

Annville Cleona School District
c/o Keystone Collections Groups
https://keystonecollects.com/contact/