IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-02167-HWV |
| | : | |
| WEABER, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | Related Doc. Nos. 7, 11, 194, 229, 264, 305 and 334 |

**REDAPTIVE, INC.'S LIMITED RESPONSE AND RESERVATION OF RIGHTS TO THE DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

Redaptive, Inc. ("Redaptive"), files this limited response and reservation of rights (the "Response") to the *Emergency Motion of Weaber, Inc. for Order Pursuant to 11 U.S.C. § 363 to: (I) Permitting Use of Cash Collateral and Providing Adequate Protection to Parties With Interest in Cash Collateral, (II) Authorizing Payment of Prepetition Wages, (III) Requesting Expedited Hearing, Reduced Notice Period and Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure 9006(C)(1) and M.D. Pa. L.B.R. 9075-1(A) and (IV) Granting Related Relief (Dkt. No. 11)* (the "Motion"). In support of this Objection, the Administrative Agent respectfully states as follows:

1. Redaptive has been in communication with Debtor's counsel and counsel to JP Morgan Chase Bank, N.A. ("JP Morgan") concerning certain liens upon and ownership of certain equipment and other goods supplied by Redaptive to the Debtor.

2. Certain language included in the Tenth Interim Cash Collateral Order adequately addressed Redaptive's issues and Redaptive's rights were reserved and preserved.

3. It is Redaptive's understanding from recent communications with Debtor's counsel that the language contained in the Tenth Interim Cash Collateral Order addressing

Redaptive's issues and reserving and preserving its rights will remain in any Final Cash Collateral Order.

4. However, subject to review of the Final Cash Collateral Order, Redaptive reserves its rights to be heard at the hearing on further use of cash collateral currently scheduled for Tuesday, February 3, 2026, at 11:00 a.m.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: January 27, 2026                By: */s/ John M. Steiner*
John M. Steiner (PA I.D. #79390)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
Email: jsteiner@leechtishman.com

*Counsel for Creditor, Redaptive, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 25-02167-HWV |
| | : | |
| WEABER, INC., | : | Chapter 11 |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, John M. Steiner, an attorney, hereby certify that on January 27, 2026, a copy of the foregoing **Redaptive, Inc.'s Limited Response and Reservation of Rights to the Debtor's Emergency Motion for Use of Cash Collateral** was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Middle District of Pennsylvania.

          Respectfully submitted,

          LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: January 27 , 2026      By: */s/ John M. Steiner*
                                              John M. Steiner (PA I.D. #79390)
                                              525 William Penn Place, 28th Floor
                                              Pittsburgh, PA 15219
                                              Telephone: 412.261.1600
                                              Facsimile: 412.227.5551
                                              Email: jsteiner@leechtishman.com

                                              *Counsel for Creditor, Redaptive, Inc.*