IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 11** |
| | : | |
| **WEABER, INC.,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 25-02167 (HWV)** |
| | : | |

**AMENDED NOTICE OF MOTION AND OBJECTION DEADLINE
ON THE MOTION OF THE DEBTOR AND DEBTOR-IN-POSSESSION FOR AN
ORDER TO SET CLAIMS FOR GOODS RECEIVED WITHIN TWENTY DAYS OF
THE BANKRUPTCY FILING PURSUANT TO 11 U.S.C. §503(b)(9)**

1. On February 2, 2026, the Debtor and Debtor-In-Possession filed a Motion for an Order to Set Claims for Goods Received Within Twenty (20) Days of the Bankruptcy Filing Pursuant to 11 U.S.C. §503(b)(9)(the "Motion").

*IF YOUR CLAIM IS NOT ON THE EXHIBIT ATTACHED TO THE MOTION, YOU WILL NOT HAVE A CLAIM UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE. IF YOUR CLAIM IS LISTED ON THE EXHIBIT THE CLAIM WILL BE ALLOWED IN THAT AMOUNT. IF YOU DISAGREE WITH THE AMOUNT OF YOUR LISTED CLAIM OR THE EXCLUSION OF YOUR CLAIM FROM THE LIST OF SECTION 503(b)(9) CLAIMS, YOU MUST FILE AN OBJECTION TO THIS MOTION AND CONTACT COUNSEL LISTED BELOW.*

2. If you object to the relief requested in the Motion, you must file your objection or response on or before **February 25, 2026**, with the Clerk of the Bankruptcy Court, located at Sylvia H. Rambo U.S. Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.

3. A copy of the objection/response must also be served on counsel to the Debtor at the following address:

Ciardi Ciardi & Astin
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

4. A hearing on the Motion is currently scheduled for March 3, 2026 at 2:00 before the Honorable Henry W. Van Eck at the Sylvia H. Rambo U.S. Courthouse, 1501 N. 6th Street, Harrisburg, Pennsylvania 17102.

5. If you do not file an objection or response within the time permitted the Court will deem the Motion unopposed and proceed to consider the Motion without further notice or hearing and may grant the relief requested.

**CIARDI CIARDI & ASTIN**

Dated: February 3, 2026     By:  */s/ Nicole M. Nigrelli*
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: 215-557-3550
Facsimile: 215-557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Counsel for the Debtor
and Debtor-In-Possession*