**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | **CHAPTER 11** |
| **WEABER, INC.,** | : | |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 1:25-bk-02167 (HWV)** |
| | : | |

**FINAL DECREE**

Upon consideration of the Debtor's Motion for Entry of Final Decree, Doc. 563, and the hearing held on October 20, 2026, for the reasons stated on the record, it is

**ORDERED** that a Final Decree is entered in the above-captioned case, and the above-captioned case shall be closed. It is further

**ORDERED** that any post-confirmation operating reports shall be filed and outstanding fees owed to the Office of the United States Trustee shall be paid within fourteen (14) days of the entry of this Order.

By the Court,



Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 21, 2026